UNITED STATED DISTRICT COURT
DISTRICT OF MINNESOTA

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
:
WEST PUBLISHING CORPORATION,
:
    Plaintiff / Counterclaim-Defendant,
:    Civ No. 18-CV-01445 (DSD/ECW)
    v.
:
LEGALEASE SOLUTIONS, LLC,
:
    Defendant / Counterclaim-Plaintiff.
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x

**MEET AND CONFER STATEMENT FOR**
**PLAINTIFF AND COUNTERCLAIM-DEFENDANT WEST PUBLISHING**
**CORPORATION'S MOTION TO MODIFY PRETRIAL SCHEDULING ORDER**

    I, Scott T. Lashway, representing Plaintiff and Counterclaim-Defendant West Publishing Corporation, hereby certify that I attempted to meet and confer with LegalEase Solutions, LLC ("LegalEase") prior to filing this motion. LegalEase did not respond to my requests to meet and confer on Friday, February 15, 2019 and Monday, February 18, 2019. I will continue our efforts to meet and confer with counsel for LegalEase in an attempt to narrow any dispute as to the relief requested in the Motion to Modify Pretrial Scheduling Order. However, due to the impending fact discovery deadline of Tuesday, February 19, 2019, I am proceeding with the filing of the Motion.

Dated: February 18, 2019

| | |
|---|---|
| | */s/ Scott T. Lashway* |
| Lora Mitchell Friedemann (#0259615) | Scott T. Lashway (*pro hac vice*) |
| Fredrikson & Byron, P.A. | Holland & Knight LLP |
| 200 South Sixth Street | 10 Saint James Avenue |
| Suite 4000 | Boston, Massachusetts 02116 |
| Minneapolis, MN 55402 | (617) 523-2700 |
| (612) 492-7185 | *Scott.Lashway@hklaw.com* |
| *lfriedemann@fredlaw.com* | |
| | **Attorneys for West Publishing Corporation** |

## CERTIFICATE OF SERVICE

I, Scott T. Lashway, hereby certify that on February 18, 2019, this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

*/s/ Scott T. Lashway*
Scott T. Lashway

2