July 11, 2019

Honorable Elizabeth Cowan Wright *Via ECF*
United States District Court
342 Warren E. Burger Federal Courthouse
316 N. Robert Street
St. Paul, MN 55101

Re:    *West Publishing Corporation v. LegalEase Solutions, LLC*
        Court File No. 18-cv-01445 DSD/SER

Dear Magistrate Judge Wright:

I write regarding the July 18, 2019 hearing on Plaintiff West Publishing Corporation's Motion to Modify Pretrial Scheduling Order, ECF No. 49.  Specifically, this letter seeks permission for Plaintiff's lead counsel, Scott Lashway and Mara O'Malley, to appear by telephone.  As the Court knows, Mr. Lashway and Ms. O'Malley practice at Manatt, Phelps & Phillips, LLP in Boston, and would otherwise incur substantial cost to travel to Minnesota for the hearing.  I am available to attend the hearing either in person or telephonically as the Court prefers.

Thank you in advance for considering this request.

Sincerely,

*s/Lora M. Friedemann*

Lora M. Friedemann
**Direct Dial:**  612.492.7185
**Email:**  lfriedemann@fredlaw.com


LMF:kmh


67298747.1