# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| WEST PUBLISHING CORPORATION,<br><br>    Plaintiff / Counterclaim-Defendant,<br><br>v.<br><br>LEGALEASE SOLUTIONS, LLC,<br><br>    Defendant /Counterclaim-Plaintiff. | Civ. No. 18-CV-01445 (DSD/ECW) |

## DECLARATION OF MARA A. O'MALLEY

Mara A. O'Malley, under pains and penalty of perjury, states as follows:

1. I am an attorney with the law firm of Manatt, Phelps & Phillips, LLP, and represent Plaintiff and Counterclaim-Defendant West Publishing Corporation ("West") in the above-captioned matter. I offer this Declaration based on my personal knowledge and in support of West's Motion to Compel Production of Documents in Response to Subpoena *Duces Tecum*.

2. Attached hereto as exhibits are true and correct copies of the following documents:

| Exhibit A | Subpoena to ROSS Intelligence, Inc. (issued June 14, 2019) |
|---|---|
| Exhibit B | Letter from Peter Lancaster, counsel for ROSS Intelligence, Inc., to Scott Lashway, counsel for West (June 28, 2019) |
| Exhibit C | Letter from Scott Lashway, counsel for West, to Peter Lancaster, |

| | |
|---|---|
| | counsel for ROSS Intelligence, Inc. (August 12, 2019) |
| **Exhibit D** | Email from Peter Lancaster, to Scott Lashway and Mara O'Malley, counsel for West, with copy to Kate Johnson, counsel for ROSS Intelligence, Inc. (August 14, 2019) |
| **Exhibit E** | ROSS Intelligence, Inc.'s Privilege Log (produced September 11, 2019) |
| **Exhibit F** | ROSS Intelligence, Inc.'s Redaction Log (produced September 11, 2019) |
| **Exhibit G** | Copy of LinkedIn profile of Tomas van der Heijden (site last visited September 18, 2019) |
| **Exhibit H** | Email from Kate Johnson to Scott Lashway, Mara O'Malley, and Lora Friedemann, counsel for West, with copy to Peter Lancaster (September 16, 2019) |
| **Exhibit I** | Email from Kate Johnson to Scott Lashway and Peter Lancaster with copy to Mara O'Malley and Lora Friedemann (September 6, 2019) |
| **Exhibit J** | Email from "jimoh@rossintelligence.com" to "tomas@rossintelligence.com" dated November 3, 2019 (produced by ROSS as ROSS00055079–ROSS00055081) (filed under seal pursuant to Dkt. 28) |
| **Exhibit K** | Email from "jimoh@rossintelligence.com" to "tomas@rossintelligence.com" dated November 10, 2019 (produced by ROSS as ROSS00055471–ROSS00055473) (filed under seal pursuant to Dkt. 28) |

Dated: September 24, 2019

_____
Mara A. O'Malley