**From:** Lancaster.Peter@dorsey.com
**Sent:** Wednesday, August 14, 2019 11:23 AM
**To:** Lashway, Scott; O'Malley, Mara
**Cc:** johnson.kate@dorsey.com
**Subject:** Ross Production Status

Scott and Mara, as I mentioned yesterday, I thought it would be worthwhile to let you know in writing where we are before we have our call.

As to the four questions in your letter, these are the answers:

(1) Contracts, etc. with LegalEase – Yes, production should be complete.
(2) The ROSS Classifier Data Set – Yes, production should be complete.
(3) The "LPO Data Set" – Yes, we believe production should be complete, though it is not possible for us to say that with total confidence, partly because the documents were transmitted in several different ways and not maintained in consistent locations.
(4) Internal and external emails from Ross employees: - Yes, production should be complete as to external emails, but internal emails have been gathered but not yet logged or fully reviewed. It takes a few days to gather the contract reviewers, but those should be produced next week.

As to Slack messaging, we had a miscommunication. I thought you were going to see if the email production seemed sufficient before we embarked on that job. We've now commissioned the gathering of Slack messages, which will be a very large number, and we can report on status as we proceed.

Some production background:

This is the "hit report" for the terms we used to cull the internal emails::

| Search Term | Document count | Family count |
|---|---|---|
| Aditya w/2 Lokanandi | 8 | 8 |
| Aditya or Lokanandi | 150 | 251 |
| Chris* w/2 Schmidt | 271 | 430 |
| Schmidt | 511 | 1024 |
| Gayathri w/2 Rajeev | 9 | 22 |
| Gayathri or Rajeev | 408 | 833 |
| Jess* w/2 Sharpe | 0 | 0 |
| Sharpe | 55 | 129 |
| Keethri w/2 Ravindran | 0 | 0 |
| Keethri or Ravindran | 7 | 21 |
| Merin w/2 Sony | 18 | 32 |
| Merin or Sony | 340 | 598 |
| Moon w/2 Saleh | 7 | 7 |
| Moon or Saleh | 470 | 1451 |

| | | |
|---|---|---|
| Tariq w/2 Akbar | 108 | 139 |
| Tariq or Akbar | 618 | 879 |
| Tariq w/2 Hafeez | 488 | 682 |
| Tariq or Hafeez | 602 | 813 |
| Teri w/2 Whitehead | 490 | 766 |
| Teri or Whitehead | 778 | 1177 |
| LegalEase | 2111 | 2971 |
| Bulk | 1215 | 2546 |
| Classifier | 1240 | 1565 |
| Westlaw | 4490 | 7146 |
| **Total** | **10135** | **15866** |

We are inclined to exclude "Westlaw" because it contains a very large proportion of false hits.  E.g., industry newsletters, comments about how one company or another is better than Westlaw, etc.  If we remove Westlaw and include review of parent emails that have search term hits, we get 4827 parent e-mails with hits, 6144 total with families.

The custodians whose files we searched are:

- Arruda_Andrew
- Chapin_Colton
- Client_Documents
- DallOglio_Pargles
- Hamilton_Thomas
- Isakov_Maxim
- Killin_Kathleen
- Ovbiagele_Jimoh
- VanDerHeijden_Thomas
- Venkat_Akash

"Client Documents" are relevant client emails that were not attributed to a specific custodian.

Thanks, Peter

**Peter Lancaster** . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
**D O R S E Y  &  W H I T N E Y  LLP**
Suite 1500, 50 South Sixth Street
Minneapolis, MN 55402-1498
www.dorsey.com
**P:** 612.340.7811   **F:** 612.340.8856

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
**CONFIDENTIAL COMMUNICATION**
E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited, and may be a violation of law. If you believe that you received this e-mail in error, please do not read this e-mail or any attached items. Please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and any copies thereof. Thank you.