West Publishing Corp. v. LegalEase Solutions, LLC

| Priv No. | Date | From | To | CC | Privilege Description | Privilege Type |
|---|---|---|---|---|---|---|
| P00001 | 6/17/2016 | Arruda, Andrew | Errico, Chris | Hamilton, Thomas | Email chain reflecting information gathered or prepared at the direction of counsel regarding employment legal matters | AC |
| P00002 | 6/28/2016 | Arruda, Andrew | Hamilton, Thomas | | Email chain seeking legal advice regarding completion of documents | AC |
| P00003 | 6/28/2016 | Arruda, Andrew | Errico, Chris | | Email chain seeking legal advice regarding employee matters | AC |
| P00004 | 7/11/2016 | Hamilton, Thomas | Van Der Heijden, Tomas* | | Email with attachment(s) seeking legal advice regarding negotiation questions | AC |
| P00005 | 5/10/2017 | Van Der Heijden, Tomas* | Hamilton, Thomas | | Email providing legal advice regarding contract negotiations | AC |
| P00006 | 5/31/2017 | Hamilton, Thomas | Van Der Heijden, Tomas* | Ovbiagele, Jimoh | Email chain seeking legal advice regarding training data | AC |
| P00007 | 6/2/2017 | Van Der Heijden, Tomas* | Parkinson, Fergus | | Email chain with attachment(s) providing legal advice regarding contract research | AC |
| P00008 | 6/6/2017 | Parkinson, Fergus | Van Der Heijden, Tomas* | | Email chain seeking legal advice regarding ownership rights in Cobra and LegalEase data | AC |
| P00009 | 6/6/2017 | Van Der Heijden, Tomas* | Parkinson, Fergus | | Email chain providing legal advice regarding LegalEase payments | AC |
| P00010 | 6/12/2017 | Hamilton, Thomas | Van Der Heijden, Tomas* | | Email chain seeking legal advice regarding LegalEase training data | AC |
| P00011 | 6/12/2017 | Van Der Heijden, Tomas* | Hamilton, Thomas | | Correspondence draft seeking legal advice regarding LegalEase memo stack | AC |
| P00012 | 6/12/2017 | Van Der Heijden, Tomas* | Hamilton, Thomas | | Email chain providing legal advice regarding contract negotiations | AC |
| P00013 | 6/27/2017 | Van Der Heijden, Tomas* | Ovbiagele, Jimoh | | Email providing legal advice regarding internal counsel task | AC |
| P00014 | 7/7/2017 | Van Der Heijden, Tomas* | Arruda, Andrew | Hamilton, Thomas<br>Ovbiagele, Jimoh | Email chain providing legal advice regarding negotiation advice | AC |
| P00015 | 7/7/2017 | Van Der Heijden, Tomas* | Arruda, Andrew<br>Hamilton, Thomas<br>Ovbiagele, Jimoh | | Email providing legal advice regarding LegalEase memo project | AC |
| P00016 | 7/7/2017 | Arruda, Andrew | Van Der Heijden, Tomas* | Hamilton, Thomas<br>Ovbiagele, Jimoh | Email chain seeking legal advice regarding memo project | AC |
| P00017 | 7/10/2017 | Van Der Heijden, Tomas* | Ovbiagele, Jimoh | Arruda, Andrew<br>Hamilton, Thomas | Email chain providing legal advice regarding memo project | AC |
| P00018 | 7/11/2017 | Hamilton, Thomas | Ovbiagele, Jimoh | Arruda, Andrew<br>Van Der Heijden, Tomas* | Email chain seeking legal advice regarding ROSS-LegalEase bulk memo project | AC |
| P00019 | 8/1/2017 | Asana | Ovbiagele, Jimoh | | Email conveying legal advice to be sought from Van Der Heijden, Tomas* regarding update from internal legal counsel | AC |
| P00020 | 8/2/2017 | Van Der Heijden, Tomas* | Arruda, Andrew<br>Hamilton, Thomas<br>Ovbiagele, Jimoh | | Email chain with attachment(s) providing legal advice regarding Contract modification | AC |
| P00021 | 8/2/2017 | Arruda, Andrew | Hamilton, Thomas<br>Van Der Heijden, Tomas* | Ovbiagele, Jimoh | Email chain providing legal advice regarding ROSS-LegalEase SOW agreement | AC |
| P00022 | 8/2/2017 | Ovbiagele, Jimoh | Arruda, Andrew | Hamilton, Thomas<br>Van Der Heijden, Tomas* | Email chain forwarding & commenting upon legal advice provided by Van Der Heijden, Tomas* regarding LegalEase SOW | AC |
| P00023 | 8/3/2017 | Hamilton, Thomas | Van Der Heijden, Tomas* | Arruda, Andrew | Email chain with attachment(s) seeking legal advice provided by regarding contract modifications | AC |

| Priv No. | Date | From | To | CC | Privilege Description | Privilege Type |
|---|---|---|---|---|---|---|
| P00024 | 8/9/2017 | Ovbiagele, Jimoh | Van Der Heijden, Tomas* | Arruda, Andrew<br>Hamilton, Thomas | Email chain seeking legal advice regarding LegalEase SOW | AC |
| P00025 | 8/9/2017 | Ovbiagele, Jimoh | Van Der Heijden, Tomas* | Arruda, Andrew<br>Hamilton, Thomas | Email chain seeking legal advice regarding LegalEase SOW | AC |
| P00026 | 8/9/2017 | Van Der Heijden, Tomas* | Ovbiagele, Jimoh | Arruda, Andrew<br>Hamilton, Thomas | Email chain providing legal advice regarding ROSS-LegalEase SOW agreement | AC |
| P00027 | 8/22/2017 | Conner, Ryan | Van Der Heijden, Tomas* | Arruda, Andrew<br>Ovbiagele, Jimoh<br>Ross Intel | Email chain providing legal advice regarding ROSS financial disclosure | AC |
| P00028 | 8/23/2017 | Conner, Ryan | Van Der Heijden, Tomas* | Arruda, Andrew<br>Ovbiagele, Jimoh<br>Ross Intel | Email chain providing legal advice regarding contract terms | AC |
| P00029 | 8/23/2017 | Van Der Heijden, Tomas* | Conner, Ryan | Arruda, Andrew<br>Ovbiagele, Jimoh<br>Ross Intel | Email chain seeking legal advice regarding ROSS financials | AC |
| P00030 | 9/7/2017 | Van Der Heijden, Tomas* | Arruda, Andrew<br>Ovbiagele, Jimoh | | Email providing legal advice regarding LegalEase SOW Bulk Memo Project | AC |
| P00031 | 9/11/2017 | Van Der Heijden, Tomas* | Ovbiagele, Jimoh | Arruda, Andrew | Email chain providing legal advice regarding LegalEase SOW | AC |
| P00032 | 9/11/2017 | Van Der Heijden, Tomas* | Ovbiagele, Jimoh | | Email prepared by counsel incorporating legal advice regarding LegalEase SOW | AC |
| P00033 | 9/13/2017 | Asana | Van Der Heijden, Tomas* | | Email to facilitate the rendition of legal advice to client regarding internal counsel legal tasks | AC |
| P00034 | 9/14/2017 | Arruda, Andrew | Van Der Heijden, Tomas* | Ovbiagele, Jimoh | Email chain seeking legal advice regarding ROSS-LegalEase SOW agreement | AC |
| P00035 | 9/14/2017 | Van Der Heijden, Tomas* | Arruda, Andrew<br>Ovbiagele, Jimoh | | Email with attachment(s) providing legal advice regarding draft contract | AC |
| P00036 | 9/15/2017 | Arruda, Andrew | Van Der Heijden, Tomas* | Ovbiagele, Jimoh | Email chain with attachment(s) providing legal advice regarding contract drafting | AC |
| P00037 | 9/15/2017 | Arruda, Andrew | Van Der Heijden, Tomas* | Ovbiagele, Jimoh | Email chain providing legal advice regarding LegalEase SOW | AC |
| P00038 | 9/15/2017 | Arruda, Andrew | Van Der Heijden, Tomas* | Ovbiagele, Jimoh | Email chain seeking legal advice regarding ROSS-LegalEase SOW agreement | AC |
| P00039 | 9/15/2017 | Van Der Heijden, Tomas* | Arruda, Andrew | Ovbiagele, Jimoh | Email chain with attachment(s) providing legal advice regarding ROSS-LegalEase SOW | AC |
| P00040 | 9/15/2017 | Van Der Heijden, Tomas* | Arruda, Andrew | Ovbiagele, Jimoh | Email chain providing legal advice regarding LegalEase SOW | AC |
| P00041 | 9/15/2017 | Arruda, Andrew | Van Der Heijden, Tomas* | Ovbiagele, Jimoh | Email chain seeking legal advice regarding ROSS-LegalEase SOW agreement | AC |
| P00042 | 9/15/2017 | Van Der Heijden, Tomas* | Arruda, Andrew | Ovbiagele, Jimoh | Email chain with attachment(s) providing legal advice regarding contract modifications | AC |
| P00043 | 9/15/2017 | Van Der Heijden, Tomas* | Arruda, Andrew<br>Lancaster, Peter* | Ovbiagele, Jimoh | Email chain providing legal advice regarding West v. LegalEase | AC |
| P00044 | 9/15/2017 | Ovbiagele, Jimoh | Arruda, Andrew | Van Der Heijden, Tomas* | Email chain forwarding & commenting upon legal advice regarding LegalEase SOW draft | AC |
| P00045 | 9/15/2017 | Van Der Heijden, Tomas* | Ovbiagele, Jimoh | Arruda, Andrew | Email chain providing legal advice regarding ROSS-LegalEase SOW agreement | AC |
| P00046 | 9/15/2017 | Ovbiagele, Jimoh | Arruda, Andrew | Van Der Heijden, Tomas* | Email chain providing legal advice regarding contract revisions | AC |

| Priv No. | Date | From | To | CC | Privilege Description | Privilege Type |
|---|---|---|---|---|---|---|
| P00047 | 9/18/2017 | Asana | Van Der Heijden, Tomas* | | Email to facilitate the rendition of legal advice to client regarding ROSS legal processes and status of matters | AC |
| P00048 | 9/21/2017 | Asana | Van Der Heijden, Tomas* | | Email prepared by counsel incorporating legal advice regarding internal counsel's task list | AC |
| P00049 | 9/25/2017 | Asana | Van Der Heijden, Tomas* | | Email reflecting legal advice regarding pending legal matters | AC |
| P00050 | 10/9/2017 | Asana | Van Der Heijden, Tomas* | | Email to facilitate the rendition of legal advice to client regarding ROSS legal matters | AC |
| P00051 | 11/3/2017 | Van Der Heijden, Tomas* | Ovbiagele, Jimoh | | Email chain providing legal advice regarding ROSS-LegalEase Bulk Memo Project | AC |
| P00052 | 11/6/2017 | Van Der Heijden, Tomas* | Arruda, Andrew | Ovbiagele, Jimoh | Email chain providing legal advice regarding drafting a contract | AC |
| P00053 | 11/6/2017 | Van Der Heijden, Tomas* | Ovbiagele, Jimoh | | Email chain providing legal advice regarding Bulk Memo project | AC |
| P00054 | 11/6/2017 | Ovbiagele, Jimoh | Van Der Heijden, Tomas* | Arruda, Andrew | Email chain providing legal advice regarding LegalEase bulk memo agreement | AC |
| P00055 | 11/10/2017 | Van Der Heijden, Tomas* | Arruda, Andrew | Ovbiagele, Jimoh | Email chain with attachment(s) providing legal advice regarding LegalEase-ROSS SOW | AC |
| P00056 | 11/10/2017 | Ovbiagele, Jimoh | Van Der Heijden, Tomas* | Arruda, Andrew | Email chain to facilitate the rendition of legal advice to client to be sought from Van Der Heijden, Tomas* regarding Bulk Memo SOW | AC |
| P00057 | 11/10/2017 | Arruda, Andrew | Van Der Heijden, Tomas* | Ovbiagele, Jimoh | Email chain seeking legal advice regarding Bulk Memo SOW | AC |
| P00058 | 11/11/2017 | Arruda, Andrew | Ovbiagele, Jimoh | Van Der Heijden, Tomas* | Email chain with attachment(s) forwarding & commenting upon legal advice provided by Van Der Heijden, Tomas* regarding contract execution | AC |
| P00059 | 11/24/2017 | Shafik, Sean | Van Der Heijden, Tomas* | | Email chain seeking legal advice regarding contract modifications | AC |
| P00060 | 11/24/2017 | Van Der Heijden, Tomas* | Arruda, Andrew | Ovbiagele, Jimoh | Email chain providing legal advice regarding Bulk Memo project | AC |
| P00061 | 11/25/2017 | Van Der Heijden, Tomas* | Arruda, Andrew | Ovbiagele, Jimoh | Email chain providing legal advice regarding ROSS-LegalEase SOW agreement | AC |
| P00062 | 11/25/2017 | Arruda, Andrew | Van Der Heijden, Tomas* | Ovbiagele, Jimoh | Email chain with attachment(s) seeking legal advice regarding contract modifications | AC |
| P00063 | 12/6/2017 | Arruda, Andrew | Van Der Heijden, Tomas* | Ovbiagele, Jimoh | Email chain seeking legal advice regarding ROSS board minutes | AC |
| P00064 | 12/6/2017 | Van Der Heijden, Tomas* | Arruda, Andrew | Ovbiagele, Jimoh | Email chain providing legal advice regarding ROSS board minutes | AC |
| P00065 | 12/6/2017 | Arruda, Andrew | Van Der Heijden, Tomas* | Ovbiagele, Jimoh | Email chain seeking legal advice regarding preparation of ROSS Board minutes | AC |
| P00066 | 12/6/2017 | Van Der Heijden, Tomas* | Arruda, Andrew | Ovbiagele, Jimoh | Email chain providing legal advice regarding preparation of ROSS Board minutes | AC |
| P00067 | 12/22/2017 | Isakov, Maxim | Van Der Heijden, Tomas* | | Email chain seeking legal advice regarding ROSS Classifier project | AC |
| P00068 | 12/22/2017 | Ovbiagele, Jimoh | Van Der Heijden, Tomas* | | Email providing legal advice regarding drafting an agreement | AC |
| P00069 | 12/22/2017 | Van Der Heijden, Tomas* | Ovbiagele, Jimoh | | Email chain providing legal advice regarding ROSS-LegalEase LPOs | AC |
| P00070 | 12/22/2017 | Van Der Heijden, Tomas* | Ovbiagele, Jimoh | | Email with attachment(s) providing legal advice regarding drafting an agreement | AC |

West Publishing Corp. v. LegalEase Solutions, LLC

| Priv No. | Date | From | To | CC | Privilege Description | Privilege Type |
|---|---|---|---|---|---|---|
| P00071 | 12/22/2017 | Van Der Heijden, Tomas* | Ovbiagele, Jimoh | | Email with attachment(s) prepared by counsel incorporating legal advice regarding licensing agreement | AC |
| P00072 | 1/1/2018 | Van Der Heijden, Tomas* | Ovbiagele, Jimoh | | Email conveying legal advice regarding statement of work | AC |
| P00073 | 1/3/2018 | DocuSign | Van Der Heijden, Tomas* | | Email with attachment(s) reflecting legal advice regarding contract approval | AC |
| P00074 | 1/3/2018 | Van Der Heijden, Tomas* | Ovbiagele, Jimoh | | Email with attachment(s) providing legal advice regarding contract negotiations | AC |
| P00075 | 1/4/2018 | Shafik, Sean | Van Der Heijden, Tomas* | | Email seeking legal advice regarding discussion of contract | AC |
| P00076 | 1/10/2018 | Shafik, Sean | Van Der Heijden, Tomas* | | Email chain seeking legal advice regarding LegalEase contracts | AC |
| P00077 | 1/10/2018 | Van Der Heijden, Tomas* | Shafik, Sean | | Email chain providing legal advice regarding external law sources contracts | AC |
| P00078 | 2/2/2018 | Shafik, Sean | Van Der Heijden, Tomas* | | Email with attachment(s) seeking legal advice regarding LegalEase contract and fees | AC |
| P00079 | 2/11/2018 | Van Der Heijden, Tomas* | Shafik, Sean | | Email chain seeking legal advice sought from Van Der Heijden, Tomas* regarding Payment for legal contracts | AC |
| P00080 | 2/11/2018 | Shafik, Sean | Van Der Heijden, Tomas* | | Email chain seeking legal advice regarding legal contracts | AC |
| P00081 | 2/12/2018 | Van Der Heijden, Tomas* | Shafik, Sean | | Email chain providing legal advice regarding LegalEase and other contractual matters | AC |
| P00082 | 2/27/2018 | Shafik, Sean | Van Der Heijden, Tomas* | | Email chain seeking legal advice regarding LegalEase fees | AC |
| P00083 | 2/27/2018 | Van Der Heijden, Tomas* | Shafik, Sean | | Email chain providing legal advice regarding LegalEase memo payment | AC |
| P00084 | 4/9/2018 | Van Der Heijden, Tomas* | Ovbiagele, Jimoh | | Email providing legal advice regarding LegalEase SOW | AC |
| P00085 | 4/10/2018 | DocuSign | Van Der Heijden, Tomas* | | Email to facilitate the rendition of legal advice to client to be sought from Van Der Heijden, Tomas* regarding LegalEase SOW | AC |
| P00086 | 4/17/2018 | DocuSign | Van Der Heijden, Tomas* | | Email with attachment(s) forwarding & commenting upon legal advice regarding contract negotiations | AC |
| P00087 | 4/17/2018 | Van Der Heijden, Tomas* | Ovbiagele, Jimoh | | Email with attachment(s) providing legal advice regarding contract negotiations | AC |
| P00088 | 4/17/2018 | Van Der Heijden, Tomas* | Ovbiagele, Jimoh | | Email prepared by counsel incorporating legal advice regarding ROSS-LegalEase SOW agreement | AC |
| P00089 | 6/6/2018 | Datesh, Annie | Van Der Heijden, Tomas* | Arruda, Andrew Ross Intel | Email chain to facilitate the rendition of legal advice to client to be sought from Datesh, Annie regarding LegalEase litigation | AC |
| P00090 | 6/6/2018 | Arruda, Andrew | Hamilton, Thomas Van Der Heijden, Tomas* | | Email with attachment(s) seeking legal advice regarding West Publishing Complaint | AC |
| P00091 | 6/6/2018 | Datesh, Annie | Van Der Heijden, Tomas* | Arruda, Andrew Ross Intel | Email chain with attachment(s) seeking legal advice regarding West v. LegalEase | AC |
| P00092 | 6/6/2018 | Van Der Heijden, Tomas* | Datesh, Annie | Arruda, Andrew Ross Intel | Email with attachment(s) seeking legal advice regarding West v. LegalEase prepared in anticipation of litigation | AC; WP |
| P00093 | 6/7/2018 | Datesh, Annie | Van Der Heijden, Tomas* | Arruda, Andrew Ross Intel | Email chain providing legal advice regarding LegalEase litigation prepared in anticipation of litigation | AC; WP |
| P00094 | 6/7/2018 | Van Der Heijden, Tomas* | Datesh, Annie | Arruda, Andrew Ross Intel | Email chain seeking legal advice regarding West v. LegalEase prepared in anticipation of litigation | AC; WP |

| Priv No. | Date | From | To | CC | Privilege Description | Privilege Type |
|---|---|---|---|---|---|---|
| P00095 | 6/8/2018 | Datesh, Annie | Van Der Heijden, Tomas* | Ross Intel | Email chain providing legal advice regarding West v. LegalEase prepared in anticipation of litigation | AC; WP |
| P00096 | 6/8/2018 | Van Der Heijden, Tomas* | Datesh, Annie | Ross Intel | Email chain seeking legal advice regarding LegalEase litigation prepared in anticipation of litigation | AC; WP |
| P00097 | 6/8/2018 | Van Der Heijden, Tomas* | Datesh, Annie<br>Ross Intel | | Email with attachment(s) seeking legal advice regarding review of contracts | AC |
| P00098 | 6/8/2018 | Datesh, Annie | Van Der Heijden, Tomas* | Ross Intel | Email chain providing legal advice regarding West v. LegalEase prepared in anticipation of litigation | AC; WP |
| P00099 | 6/8/2018 | Datesh, Annie | Van Der Heijden, Tomas* | Arruda, Andrew<br>Ross Intel | Email chain with attachment(s) seeking legal advice regarding West v. LegalEase | AC |
| P00100 | 6/8/2018 | Datesh, Annie | Van Der Heijden, Tomas* | Ross Intel | Email chain providing legal advice regarding ROSS-LegalEase contracts and seeking of counsel relating to West v. LegalEase prepared in anticipation of litigation | AC; WP |
| P00101 | 6/8/2018 | Van Der Heijden, Tomas* | Datesh, Annie | Ross Intel | Email chain to facilitate the rendition of legal advice to client regarding West v. LegalEase prepared in anticipation of litigation | AC; WP |
| P00102 | 6/8/2018 | Datesh, Annie | Ross Intel<br>Van Der Heijden, Tomas* | | Email chain providing legal advice regarding LegalEase litigation prepared in anticipation of litigation | AC; WP |
| P00103 | 6/8/2018 | Van Der Heijden, Tomas* | Datesh, Annie | | Email chain with attachment(s) seeking legal advice sought from Van Der Heijden, Tomas* regarding West v. LegalEase | AC |
| P00104 | 6/8/2018 | Van Der Heijden, Tomas* | Datesh, Annie | Arruda, Andrew<br>Ross Intel | Email seeking legal advice regarding West v. LegalEase | AC |
| P00105 | 6/9/2018 | Ovbiagele, Jimoh | Van Der Heijden, Tomas* | Toppin, Graham | Email seeking legal advice regarding contract modifications | AC |
| P00106 | 6/10/2018 | Van Der Heijden, Tomas* | Datesh, Annie | Ross Intel | Email with attachment(s) providing legal advice regarding West v. LegalEase prepared in anticipation of litigation | AC; WP |
| P00107 | 6/10/2018 | Datesh, Annie | Van Der Heijden, Tomas* | Ross Intel<br>Wawszczak, Mike | Email chain providing legal advice regarding West v. LegalEase prepared in anticipation of litigation | AC; WP |
| P00108 | 6/11/2018 | Arruda, Andrew | Ovbiagele, Jimoh | Hamilton, Thomas<br>Toppin, Graham<br>Van Der Heijden, Tomas* | Email chain providing legal advice regarding West v. LegalEase | AC |
| P00109 | 6/11/2018 | Ovbiagele, Jimoh | Van Der Heijden, Tomas* | Arruda, Andrew<br>Hamilton, Thomas<br>Toppin, Graham<br>Von Simson, Chales | Email chain providing legal advice regarding West v. LegalEase | AC |
| P00110 | 6/11/2018 | Van Der Heijden, Tomas* | Lancaster, Peter* | | Email chain seeking legal advice regarding West v. LegalEase | AC |
| P00111 | 6/11/2018 | Van Der Heijden, Tomas* | Niederluecke, Kurt | | Email chain seeking legal advice regarding West v. LegalEase | AC |
| P00112 | 6/11/2018 | Van Der Heijden, Tomas* | Wawszczak, Mike | Datesh, Annie<br>Ross Intel | Email chain conveying legal advice regarding LegalEase litigation prepared in anticipation of litigation | AC; WP |
| P00113 | 6/11/2018 | Lancaster, Peter* | Van Der Heijden, Tomas* | | Email chain providing legal advice regarding LegalEase litigation prepared in anticipation of litigation | AC; WP |
| P00114 | 6/11/2018 | Van Der Heijden, Tomas* | Lancaster, Peter* | | Email chain seeking legal advice regarding West v. LegalEase prepared in anticipation of litigation | AC; WP |
| P00115 | 6/11/2018 | Van Der Heijden, Tomas* | Niederluecke, Kurt | | Email chain seeking legal advice regarding West v. LegalEase | AC |

| Priv No. | Date | From | To | CC | Privilege Description | Privilege Type |
|---|---|---|---|---|---|---|
| P00116 | 6/11/2018 | Van Der Heijden, Tomas* | Wawszczak, Mike | Datesh, Annie<br>Ross Intel | Email chain seeking legal advice regarding LegalEase litigation prepared in anticipation of litigation | AC; WP |
| P00117 | 6/11/2018 | Hamilton, Thomas | Arruda, Andrew | Ovbiagele, Jimoh<br>Toppin, Graham<br>Van Der Heijden, Tomas* | Email chain forwarding & commenting upon legal advice provided by Van Der Heijden, Tomas* regarding LegalEase litigation prepared in anticipation of litigation | AC; WP |
| P00118 | 6/11/2018 | Van Der Heijden, Tomas* | Arruda, Andrew<br>Hamilton, Thomas<br>Ovbiagele, Jimoh<br>Toppin, Graham<br>Von Simson, Charles* | | Email providing legal advice regarding LegalEase litigation prepared in anticipation of litigation | AC; WP |
| P00119 | 6/11/2018 | Niederluecke, Kurt | Van Der Heijden, Tomas* | | Email chain seeking legal advice regarding West v. LegalEase | AC |
| P00120 | 6/11/2018 | Datesh, Annie | Arruda, Andrew<br>Van Der Heijden, Tomas* | Ross Intel | Email providing legal advice sought from Van Der Heijden, Tomas* regarding status of pending legal matters | AC |
| P00121 | 6/11/2018 | Lancaster, Peter* | Van Der Heijden, Tomas* | | Email chain seeking legal advice regarding West v. LegalEase prepared in anticipation of litigation | AC; WP |
| P00122 | 6/11/2018 | Wawszczak, Mike | Datesh, Annie<br>Van Der Heijden, Tomas* | Ross Intel | Email chain providing legal advice regarding West v. LegalEase prepared in anticipation of litigation | AC; WP |
| P00123 | 6/12/2018 | Van Der Heijden, Tomas* | Lancaster, Peter* | | Email providing legal advice regarding West v. LegalEase | AC |
| P00124 | 6/12/2018 | Datesh, Annie | Van Der Heijden, Tomas* | Ross Intel | Email chain providing legal advice regarding LegalEase litigation prepared in anticipation of litigation | AC; WP |
| P00125 | 6/12/2018 | Lancaster, Peter* | Van Der Heijden, Tomas* | | Email chain providing legal advice regarding West v. LegalEase | AC |
| P00126 | 6/12/2018 | Wawszczak, Mike | Van Der Heijden, Tomas* | Datesh, Annie<br>Ross Intel | Email chain providing legal advice regarding LegalEase contracts and litigation prepared in anticipation of litigation | AC; WP |
| P00127 | 6/12/2018 | Van Der Heijden, Tomas* | Datesh, Annie | Ross Intel | Email chain to facilitate the rendition of legal advice to client regarding West v. LegalEase prepared in anticipation of litigation | AC; WP |
| P00128 | 6/14/2018 | Van Der Heijden, Tomas* | Lancaster, Peter* | | Email chain providing legal advice regarding West v. LegalEase prepared in anticipation of litigation | AC; WP |
| P00129 | 6/14/2018 | Van Der Heijden, Tomas* | Lancaster, Peter* | | Email chain seeking legal advice regarding LegalEase litigation prepared in anticipation of litigation | AC; WP |
| P00130 | 6/14/2018 | Lancaster, Peter* | Van Der Heijden, Tomas* | | Email chain seeking legal advice regarding LegalEase litigation prepared in anticipation of litigation | AC; WP |
| P00131 | 6/14/2018 | Van Der Heijden, Tomas* | Lancaster, Peter* | | Email chain providing legal advice regarding West v. LegalEase prepared in anticipation of litigation | AC; WP |
| P00132 | 6/14/2018 | Lancaster, Peter* | Van Der Heijden, Tomas* | | Email chain providing legal advice regarding LegalEase litigation prepared in anticipation of litigation | AC; WP |
| P00133 | 6/14/2018 | Lancaster, Peter* | Van Der Heijden, Tomas* | | Email chain providing legal advice regarding West v. LegalEase prepared in anticipation of litigation | AC; WP |
| P00134 | 6/17/2018 | Lancaster, Peter* | Van Der Heijden, Tomas* | | Email chain providing legal advice regarding LegalEase litigation prepared in anticipation of litigation | AC; WP |
| P00135 | 6/17/2018 | Van Der Heijden, Tomas* | Lancaster, Peter* | | Email chain seeking legal advice regarding LegalEase litigation prepared in anticipation of litigation | AC; WP |
| P00136 | 6/18/2018 | Van Der Heijden, Tomas* | Lancaster, Peter* | | Email with attachment(s) providing legal advice regarding West v. LegalEase prepared in anticipation of litigation | AC; WP |

West Publishing Corp. v. LegalEase Solutions, LLC

| Priv No. | Date | From | To | CC | Privilege Description | Privilege Type |
|---|---|---|---|---|---|---|
| P00137 | 6/18/2018 | Van Der Heijden, Tomas* | Lancaster, Peter* | | Email chain providing legal advice regarding West v. LegalEase prepared in anticipation of litigation | AC; WP |
| P00138 | 6/19/2018 | Lancaster, Peter* | Van Der Heijden, Tomas* | | Email with attachment(s) providing legal advice regarding West v. LegalEase prepared in anticipation of litigation | AC; WP |
| P00139 | 6/19/2018 | Van Der Heijden, Tomas* | Lancaster, Peter* | | Email chain seeking legal advice regarding LegalEase litigation prepared in anticipation of litigation | AC; WP |
| P00140 | 6/19/2018 | Lancaster, Peter* | Van Der Heijden, Tomas* | | Email chain providing legal advice regarding West v. LegalEase prepared in anticipation of litigation | AC; WP |
| P00141 | 6/19/2018 | Van Der Heijden, Tomas* | Lancaster, Peter* | Bianchi-Rossi, Deanna | Email chain with attachment(s) providing legal advice regarding West v. LegalEase prepared in anticipation of litigation | AC; WP |
| P00142 | 6/19/2018 | Lancaster, Peter* | Van Der Heijden, Tomas* | Bianchi-Rossi, Deanna | Email chain providing legal advice regarding West v. LegalEase prepared in anticipation of litigation | AC; WP |
| P00143 | 6/19/2018 | Van Der Heijden, Tomas* | Lancaster, Peter* | | Email chain providing legal advice regarding West v. LegalEase prepared in anticipation of litigation | AC; WP |
| P00144 | 6/20/2018 | Lancaster, Peter* | Van Der Heijden, Tomas* | | Email with attachment(s) providing legal advice regarding West v. LegalEase prepared in anticipation of litigation | AC; WP |
| P00145 | 6/20/2018 | Lancaster, Peter* | Van Der Heijden, Tomas* | | Email chain providing legal advice regarding LegalEase litigation prepared in anticipation of litigation | AC; WP |
| P00146 | 6/20/2018 | Van Der Heijden, Tomas* | Lancaster, Peter* | | Email chain seeking legal advice regarding LegalEase litigation prepared in anticipation of litigation | AC; WP |
| P00147 | 6/20/2018 | Van Der Heijden, Tomas* | Lancaster, Peter* | | Email chain seeking legal advice regarding LegalEase litigation prepared in anticipation of litigation | AC; WP |
| P00148 | 6/20/2018 | Lancaster, Peter* | Van Der Heijden, Tomas* | | Email with attachment(s) providing legal advice regarding LegalEase litigation prepared in anticipation of litigation | AC; WP |
| P00149 | 6/25/2018 | Lancaster, Peter* | Van Der Heijden, Tomas* | Bianchi-Rossi, Deanna | Email providing legal advice regarding LegalEase litigation prepared in anticipation of litigation | AC; WP |
| P00150 | 6/25/2018 | Van Der Heijden, Tomas* | Lancaster, Peter* | Bianchi-Rossi, Deanna | Email providing legal advice regarding West v. LegalEase prepared in anticipation of litigation | AC; WP |
| P00151 | 6/25/2018 | Lancaster, Peter* | Van Der Heijden, Tomas* | Bianchi-Rossi, Deanna | Email chain to facilitate the rendition of legal advice to client regarding West v. LegalEase | AC |
| P00152 | 6/26/2018 | Van Der Heijden, Tomas* | Lancaster, Peter* | Bianchi-Rossi, Deanna | Email chain providing legal advice regarding West v. LegalEase prepared in anticipation of litigation | AC; WP |
| P00153 | 6/26/2018 | Lancaster, Peter* | Van Der Heijden, Tomas* | | Email chain to facilitate the rendition of legal advice to client regarding West v. LegalEase prepared in anticipation of litigation | AC; WP |
| P00154 | 6/26/2018 | Bianchi-Rossi, Deanna | Van Der Heijden, Tomas* | | Email chain to facilitate the rendition of legal advice to client regarding West v. LegalEase prepared in anticipation of litigation | AC; WP |
| P00155 | 7/2/2018 | Datesh, Annie | Arruda, Andrew Van Der Heijden, Tomas* | Ross Intel | Email providing legal advice regarding legal status update | AC |
| P00156 | 7/3/2018 | Atruim Billing | Accounts Payable | Arruda, Andrew Atruim Billing Van Der Heijden, Tomas* | Email to facilitate the rendition of legal advice to client regarding issues list for ROSS-LegalEase agreement | AC |
| P00157 | 7/8/2018 | Van Der Heijden, Tomas* | Lancaster, Peter* | | Email chain seeking legal advice regarding LegalEase litigation prepared in anticipation of litigation | AC; WP |
| P00158 | 7/9/2018 | Van Der Heijden, Tomas* | Lancaster, Peter* | | Email chain providing legal advice regarding West v. LegalEase prepared in anticipation of litigation | AC; WP |

| Priv No. | Date | From | To | CC | Privilege Description | Privilege Type |
|---|---|---|---|---|---|---|
| P00159 | 7/13/2018 | Lancaster, Peter* | Van Der Heijden, Tomas* | | Email providing legal advice regarding West v. LegalEase prepared in anticipation of litigation | AC; WP |
| P00160 | 7/14/2018 | Arruda, Andrew | Van Der Heijden, Tomas* | Ovbiagele, Jimoh | Email chain seeking legal advice regarding LegalEase litigation prepared in anticipation of litigation | AC; WP |
| P00161 | 7/14/2018 | Van Der Heijden, Tomas* | Arruda, Andrew Ovbiagele, Jimoh | | Email chain providing legal advice regarding LegalEase litigation prepared in anticipation of litigation | AC; WP |
| P00162 | 7/14/2018 | Van Der Heijden, Tomas* | Lancaster, Peter* | | Email chain seeking legal advice regarding LegalEase litigation prepared in anticipation of litigation | AC; WP |
| P00163 | 8/8/2018 | Van Der Heijden, Tomas* | Accounts Payable | | Email chain with attachment(s) to facilitate the rendition of legal advice to client regarding West v. LegalEase | AC |
| P00164 | 8/8/2018 | Pong, Steven | Care Care Van Der Heijden, Tomas* | | Email chain to facilitate the rendition of legal advice to client regarding Contract review | AC |
| P00165 | 8/14/2018 | Van Der Heijden, Tomas* | Accounts Payable | | Email chain to facilitate the rendition of legal advice to client regarding West v. LegalEase prepared in anticipation of litigation | AC; WP |
| P00166 | 8/20/2018 | Accounts Payable | Van Der Heijden, Tomas* | | Email chain seeking legal advice regarding West v. LegalEase | AC |
| P00167 | 9/5/2018 | Van Der Heijden, Tomas* | Lancaster, Peter* | | Email chain providing legal advice regarding West v. LegalEase prepared in anticipation of litigation | AC; WP |
| P00168 | 9/5/2018 | Lancaster, Peter* | Van Der Heijden, Tomas* | | Email providing legal advice regarding LegalEase litigation prepared in anticipation of litigation | AC; WP |
| P00169 | 9/10/2018 | Lancaster, Peter* | Van Der Heijden, Tomas* | | Email chain providing legal advice regarding West v. LegalEase prepared in anticipation of litigation | AC; WP |
| P00170 | 9/18/2018 | Lancaster, Peter* | Van Der Heijden, Tomas* | | Email chain providing legal advice regarding West v. LegalEase prepared in anticipation of litigation | AC; WP |
| P00171 | 9/19/2018 | Van Der Heijden, Tomas* | Lancaster, Peter* | | Email chain providing legal advice regarding West v. LegalEase prepared in anticipation of litigation | AC; WP |
| P00172 | 9/20/2018 | Lancaster, Peter* | Van Der Heijden, Tomas* | | Email chain providing legal advice regarding LegalEase litigation prepared in anticipation of litigation | AC; WP |
| P00173 | 9/20/2018 | Arruda, Andrew | Van Der Heijden, Tomas* | Ovbiagele, Jimoh | Email chain providing legal advice regarding West v. LegalEase prepared in anticipation of litigation | AC; WP |
| P00174 | 9/20/2018 | Van Der Heijden, Tomas* | Von Simson, Charles* | | Email chain providing legal advice provided by Van Der Heijden, Tomas* regarding West v. LegalEase prepared in anticipation of litigation | AC; WP |
| P00175 | 9/20/2018 | Lancaster, Peter* | Van Der Heijden, Tomas* | | Email providing legal advice provided by Lancaster, Peter* regarding West v. LegalEase prepared in anticipation of litigation | AC; WP |
| P00176 | 9/20/2018 | Arruda, Andrew | Van Der Heijden, Tomas* | Ovbiagele, Jimoh | Email chain seeking legal advice regarding LegalEase litigation prepared in anticipation of litigation | AC; WP |
| P00177 | 9/20/2018 | Van Der Heijden, Tomas* | Arruda, Andrew Ovbiagele, Jimoh | | Email chain providing legal advice regarding West v. LegalEase prepared in anticipation of litigation | AC; WP |
| P00178 | 9/20/2018 | Van Der Heijden, Tomas* | Arruda, Andrew Ovbiagele, Jimoh | | Email chain providing legal advice regarding LegalEase litigation prepared in anticipation of litigation | AC; WP |
| P00179 | 9/20/2018 | Van Der Heijden, Tomas* | Arruda, Andrew Ovbiagele, Jimoh | | Email chain providing legal advice provided by Van Der Heijden, Tomas* regarding West v. LegalEase prepared in anticipation of litigation | AC; WP |
| P00180 | 9/20/2018 | Van Der Heijden, Tomas* | Lancaster, Peter* | | Email chain seeking legal advice regarding LegalEase litigation prepared in anticipation of litigation | AC; WP |

West Publishing Corp. v. LegalEase Solutions, LLC

| Priv No. | Date | From | To | CC | Privilege Description | Privilege Type |
|---|---|---|---|---|---|---|
| P00181 | 10/24/2018 | Van Der Heijden, Tomas* | Lancaster, Peter* | | Email chain seeking legal advice regarding West v. LegalEase prepared in anticipation of litigation | AC; WP |
| P00182 | 11/1/2018 | Van Der Heijden, Tomas* | Lancaster, Peter* | | Email chain seeking legal advice regarding LegalEase litigation prepared in anticipation of litigation | AC; WP |
| P00183 | 11/12/2018 | Lancaster, Peter* | Van Der Heijden, Tomas* | | Email providing legal advice regarding West v. LegalEase | AC |
| P00184 | 11/14/2018 | Van Der Heijden, Tomas* | Lancaster, Peter* | | Email chain seeking legal advice regarding West v. LegalEase prepared in anticipation of litigation | AC; WP |
| P00185 | 12/3/2018 | Van Der Heijden, Tomas* | Arruda, Andrew Hamilton, Thomas Ovbiagele, Jimoh | | Email chain with attachment(s) forwarding & commenting upon legal advice regarding West v. LegalEase prepared in anticipation of litigation | AC; WP |
| P00186 | 1/23/2019 | Lancaster, Peter* | Van Der Heijden, Tomas* | | Email providing legal advice regarding West v. LegalEase | AC |
| P00187 | 1/23/2019 | Lancaster, Peter* | Van Der Heijden, Tomas* | | Email chain providing legal advice regarding West v. LegalEase | AC |
| P00188 | 1/23/2019 | Van Der Heijden, Tomas* | Lancaster, Peter* | | Email chain providing legal advice regarding West v. LegalEase prepared in anticipation of litigation | AC; WP |
| P00189 | 1/23/2019 | Van Der Heijden, Tomas* | Lancaster, Peter* | | Email chain seeking legal advice regarding West v. LegalEase prepared in anticipation of litigation | AC; WP |
| P00190 | 1/24/2019 | Van Der Heijden, Tomas* | Arruda, Andrew Hamilton, Thomas Ovbiagele, Jimoh | | Email chain providing legal advice regarding West v. LegalEase prepared in anticipation of litigation | AC; WP |
| P00191 | 1/28/2019 | Lancaster, Peter* | Van Der Heijden, Tomas* | | Email chain with attachment(s) providing legal advice regarding West v. LegalEase prepared in anticipation of litigation | AC; WP |
| P00192 | 1/28/2019 | Lancaster, Peter* | Van Der Heijden, Tomas* | | Email chain with attachment(s) providing legal advice regarding West v. LegalEase prepared in anticipation of litigation | AC; WP |
| P00193 | 1/28/2019 | Van Der Heijden, Tomas* | Lancaster, Peter* | | Email chain seeking legal advice regarding LegalEase litigation prepared in anticipation of litigation | AC; WP |
| P00194 | 1/28/2019 | Lancaster, Peter* | Van Der Heijden, Tomas* | | Email providing legal advice regarding West v. LegalEase prepared in anticipation of litigation | AC; WP |
| P00195 | 1/28/2019 | Lancaster, Peter* | Van Der Heijden, Tomas* | | Email chain providing legal advice regarding LegalEase litigation prepared in anticipation of litigation | AC; WP |
| P00196 | 1/28/2019 | Van Der Heijden, Tomas* | Lancaster, Peter* | | Email chain seeking legal advice regarding LegalEase litigation prepared in anticipation of litigation | AC; WP |
| P00197 | 3/12/2019 | Van Der Heijden, Tomas* | Lancaster, Peter* | | Email chain seeking legal advice regarding West v. LegalEase prepared in anticipation of litigation | AC; WP |
| P00198 | 3/12/2019 | Arruda, Andrew | Van Der Heijden, Tomas* | Ovbiagele, Jimoh | Email chain providing legal advice regarding West v. LegalEase prepared in anticipation of litigation | AC; WP |
| P00199 | 3/12/2019 | Lancaster, Peter* | Van Der Heijden, Tomas* | | Email chain providing legal advice regarding West v. LegalEase prepared in anticipation of litigation | AC; WP |
| P00200 | 3/12/2019 | Van Der Heijden, Tomas* | Arruda, Andrew | Ovbiagele, Jimoh | Email providing legal advice regarding West v. LegalEase prepared in anticipation of litigation | AC; WP |
| P00201 | 3/12/2019 | Van Der Heijden, Tomas* | Arruda, Andrew Ovbiagele, Jimoh | | Email chain providing legal advice regarding LegalEase litigation prepared in anticipation of litigation | AC; WP |
| P00202 | 3/12/2019 | Van Der Heijden, Tomas* | Arruda, Andrew Ovbiagele, Jimoh | | Email chain providing legal advice regarding LegalEase litigation prepared in anticipation of litigation | AC; WP |

West Publishing Corp. v. LegalEase Solutions, LLC

| Priv No. | Date | From | To | CC | Privilege Description | Privilege Type |
|---|---|---|---|---|---|---|
| P00203 | 3/12/2019 | Van Der Heijden, Tomas* | Lancaster, Peter* | | Email chain conveying legal advice regarding West v. Legalease litigation prepared in anticipation of litigation | AC; WP |
| P00204 | 3/12/2019 | Arruda, Andrew | Van Der Heijden, Tomas* | Ovbiagele, Jimoh | Email chain seeking legal advice regarding LegalEase litigation prepared in anticipation of litigation | AC; WP |
| P00205 | 3/12/2019 | Lancaster, Peter* | Van Der Heijden, Tomas* | | Email providing legal advice regarding LegalEase litigation prepared in anticipation of litigation | AC; WP |
| P00206 | 3/13/2019 | Van Der Heijden, Tomas* | Lancaster, Peter* | Arruda, Andrew Ovbiagele, Jimoh | Email chain seeking legal advice regarding West v. LegalEase litigation prepared in anticipation of litigation | AC; WP |
| P00207 | 3/13/2019 | Ovbiagele, Jimoh | Van Der Heijden, Tomas* | Arruda, Andrew | Email chain providing legal advice regarding West v. LegalEase prepared in anticipation of litigation | AC; WP |
| P00208 | 3/13/2019 | Van Der Heijden, Tomas* | Lancaster, Peter* | Arruda, Andrew Ovbiagele, Jimoh | Email chain providing legal advice regarding West v. LegalEase prepared in anticipation of litigation | AC; WP |
| P00209 | 3/13/2019 | Lancaster, Peter* | Van Der Heijden, Tomas* | Arruda, Andrew Ovbiagele, Jimoh | Email chain providing legal advice regarding West v. LegalEase prepared in anticipation of litigation | AC; WP |
| P00210 | 3/14/2019 | | | | Email chain seeking legal advice regarding West litigation prepared in anticipation of litigation | AC; WP |
| P00211 | 3/14/2019 | Lancaster, Peter* | Van Der Heijden, Tomas* | | Email chain providing legal advice regarding LegalEase litigation prepared in anticipation of litigation | AC; WP |
| P00212 | 3/14/2019 | Van Der Heijden, Tomas* | Lancaster, Peter* | | Email chain providing legal advice regarding LegalEase litigation prepared in anticipation of litigation | AC; WP |
| P00213 | 3/14/2019 | Lancaster, Peter* | Van Der Heijden, Tomas* | | Email providing legal advice regarding LegalEase litigation prepared in anticipation of litigation | AC; WP |
| P00214 | 3/18/2019 | Van Der Heijden, Tomas* | Lancaster, Peter* | | Email chain providing legal advice regarding West v. LegalEase prepared in anticipation of litigation | AC; WP |
| P00215 | 3/18/2019 | Arruda, Andrew | Van Der Heijden, Tomas* | Ovbiagele, Jimoh | Email chain seeking legal advice regarding West v. LegalEase prepared in anticipation of litigation | AC; WP |
| P00216 | 3/18/2019 | Arruda, Andrew | Van Der Heijden, Tomas* | Ovbiagele, Jimoh | Email chain seeking legal advice regarding LegalEase litigation prepared in anticipation of litigation | AC; WP |
| P00217 | 3/18/2019 | Van Der Heijden, Tomas* | Arruda, Andrew | Ovbiagele, Jimoh | Email chain providing legal advice regarding West v. LegalEase prepared in anticipation of litigation | AC; WP |
| P00218 | 3/18/2019 | Lancaster, Peter* | Van Der Heijden, Tomas* | | Email chain reflecting legal advice regarding LegalEase protective order prepared in anticipation of litigation | AC; WP |
| P00219 | 3/18/2019 | Van Der Heijden, Tomas* | Arruda, Andrew Ovbiagele, Jimoh | | Email chain with attachment(s) to facilitate the rendition of legal advice to client regarding West v. LegalEase | AC |
| P00220 | 3/19/2019 | Van Der Heijden, Tomas* | Arruda, Andrew | Ovbiagele, Jimoh | Email chain providing legal advice regarding West v. LegalEase prepared in anticipation of litigation | AC; WP |
| P00221 | 3/22/2019 | Lancaster, Peter* | Van Der Heijden, Tomas* | George, Payton* | Email providing legal advice regarding West v. LegalEase | AC |
| P00222 | 3/22/2019 | Van Der Heijden, Tomas* | Arruda, Andrew Ovbiagele, Jimoh | | Email chain with attachment(s) providing legal advice regarding LegalEase litigation prepared in anticipation of litigation | AC; WP |
| P00223 | 3/22/2019 | Van Der Heijden, Tomas* | Lancaster, Peter* | George, Payton* | Email with attachment(s) seeking legal advice regarding LegalEase litigation prepared in anticipation of litigation | AC; WP |
| P00224 | 3/23/2019 | Lancaster, Peter* | Van Der Heijden, Tomas* | George, Payton* | Email chain providing legal advice regarding West v. LegalEase prepared in anticipation of litigation | AC; WP |
| P00225 | 3/25/2019 | Van Der Heijden, Tomas* | Lancaster, Peter* | | Email chain seeking legal advice regarding West v. LegalEase prepared in anticipation of litigation | AC; WP |
| P00226 | 3/25/2019 | Lancaster, Peter* | Van Der Heijden, Tomas* | | Email chain providing legal advice regarding West v. LegalEase prepared in anticipation of litigation | AC; WP |

| Priv No. | Date | From | To | CC | Privilege Description | Privilege Type |
|---|---|---|---|---|---|---|
| P00227 | 3/25/2019 | Van Der Heijden, Tomas* | Lancaster, Peter* | George, Payton* | Email with attachment(s) seeking legal advice regarding LegalEase litigation prepared in anticipation of litigation | AC; WP |
| P00228 | 3/26/2019 | Lancaster, Peter* | Van Der Heijden, Tomas* | | Email chain providing legal advice regarding LegalEase litigation prepared in anticipation of litigation | AC; WP |
| P00229 | 3/26/2019 | Lancaster, Peter* | Van Der Heijden, Tomas* | | Email chain providing legal advice regarding West v. LegalEase prepared in anticipation of litigation | AC; WP |
| P00230 | 3/27/2019 | Van Der Heijden, Tomas* | Lancaster, Peter* | | Email chain seeking legal advice regarding LegalEase litigation prepared in anticipation of litigation | AC; WP |
| P00231 | 3/27/2019 | Lancaster, Peter* | Van Der Heijden, Tomas* | George, Payton* | Email chain providing legal advice regarding West v. LegalEase prepared in anticipation of litigation | AC; WP |
| P00232 | 3/27/2019 | Van Der Heijden, Tomas* | Lancaster, Peter* | | Email chain seeking legal advice regarding LegalEase litigation prepared in anticipation of litigation | AC; WP |
| P00233 | 3/28/2019 | Van Der Heijden, Tomas* | Lancaster, Peter* | | Email chain seeking legal advice regarding West v. LegalEase prepared in anticipation of litigation | AC; WP |
| P00234 | 3/28/2019 | Lancaster, Peter* | Van Der Heijden, Tomas* | | Email chain seeking legal advice regarding West v. LegalEase prepared in anticipation of litigation | AC; WP |
| P00235 | 3/28/2019 | Lancaster, Peter* | Van Der Heijden, Tomas* | | Email chain providing legal advice regarding LegalEase litigation prepared in anticipation of litigation | AC; WP |
| P00236 | 3/28/2019 | Van Der Heijden, Tomas* | Lancaster, Peter* | | Email chain seeking legal advice regarding West v. LegalEase | AC |
| P00237 | 3/28/2019 | Van Der Heijden, Tomas* | Lancaster, Peter* | George, Payton* | Email chain seeking legal advice regarding LegalEase litigation prepared in anticipation of litigation | AC; WP |
| P00238 | 3/28/2019 | Van Der Heijden, Tomas* | Lancaster, Peter* | | Email chain providing legal advice regarding West v. LegalEase prepared in anticipation of litigation | AC; WP |
| P00239 | 3/28/2019 | Van Der Heijden, Tomas* | Arruda, Andrew Ovbiagele, Jimoh | | Email chain providing legal advice regarding West v. LegalEase prepared in anticipation of litigation | AC; WP |
| P00240 | 4/1/2019 | Van Der Heijden, Tomas* | Lancaster, Peter* | George, Payton* | Email chain seeking legal advice regarding LegalEase litigation prepared in anticipation of litigation | AC; WP |
| P00241 | 4/1/2019 | Lancaster, Peter* | Van Der Heijden, Tomas* | | Email chain providing legal advice regarding LegalEase litigation prepared in anticipation of litigation | AC; WP |
| P00242 | 4/1/2019 | Lancaster, Peter* | Van Der Heijden, Tomas* | George, Payton* | Email chain providing legal advice regarding West v. LegalEase prepared in anticipation of litigation | AC; WP |
| P00243 | 4/1/2019 | Van Der Heijden, Tomas* | Lancaster, Peter* | | Email chain providing legal advice regarding West v. LegalEase prepared in anticipation of litigation | AC; WP |
| P00244 | 4/1/2019 | Lancaster, Peter* | Van Der Heijden, Tomas* | | Email chain providing legal advice regarding databases with tool applications prepared in anticipation of litigation | AC; WP |
| P00245 | 4/1/2019 | Van Der Heijden, Tomas* | Lancaster, Peter* | | Email chain seeking legal advice regarding LegalEase litigation prepared in anticipation of litigation | AC; WP |
| P00246 | 4/6/2019 | Van Der Heijden, Tomas* | Shafik, Sean | | Email chain providing legal advice regarding data costs | AC |
| P00247 | 4/8/2019 | Lancaster, Peter* | Van Der Heijden, Tomas* | George, Payton* | Email providing legal advice regarding LegalEase litigation prepared in anticipation of litigation | AC; WP |
| P00248 | 4/9/2019 | Van Der Heijden, Tomas* | Arruda, Andrew Ovbiagele, Jimoh | | Email chain providing legal advice regarding West Litigation prepared in anticipation of litigation | AC; WP |
| P00249 | 4/9/2019 | Van Der Heijden, Tomas* | Lancaster, Peter* | George, Payton* | Email chain seeking legal advice regarding West v. LegalEase prepared in anticipation of litigation | AC; WP |
| P00250 | 4/9/2019 | Van Der Heijden, Tomas* | Lancaster, Peter* | George, Payton* | Email chain seeking legal advice regarding LegalEase litigation prepared in anticipation of litigation | AC; WP |

| Priv No. | Date | From | To | CC | Privilege Description | Privilege Type |
|---|---|---|---|---|---|---|
| P00251 | 4/9/2019 | Van Der Heijden, Tomas* | Arruda, Andrew Ovbiagele, Jimoh | | Email chain providing legal advice regarding LegalEase litigation prepared in anticipation of litigation | AC; WP |
| P00252 | 4/10/2019 | Lancaster, Peter* | Van Der Heijden, Tomas* | | Email chain providing legal advice regarding West v. LegalEase prepared in anticipation of litigation | AC; WP |
| P00253 | 4/10/2019 | Van Der Heijden, Tomas* | Lancaster, Peter* | | Email chain seeking legal advice regarding West v. LegalEase prepared in anticipation of litigation | AC; WP |
| P00254 | 4/10/2019 | Lancaster, Peter* | Van Der Heijden, Tomas* | | Email chain providing legal advice regarding LegalEase litigation prepared in anticipation of litigation | AC; WP |
| P00255 | 4/11/2019 | Lancaster, Peter* | Van Der Heijden, Tomas* | | Email chain providing legal advice regarding LegalEase litigation prepared in anticipation of litigation | AC; WP |
| P00256 | 4/11/2019 | Lancaster, Peter* | Van Der Heijden, Tomas* | | Email chain providing legal advice regarding LegalEase litigation prepared in anticipation of litigation | AC; WP |
| P00257 | 4/11/2019 | Van Der Heijden, Tomas* | Lancaster, Peter* | | Email chain providing legal advice regarding West v. LegalEase prepared in anticipation of litigation | AC; WP |
| P00258 | 4/25/2019 | Shafik, Sean | Van Der Heijden, Tomas* | | Email chain seeking legal advice regarding LegalEase litigation prepared in anticipation of litigation | AC; WP |
| P00259 | 4/25/2019 | Van Der Heijden, Tomas* | Shafik, Sean | | Email chain with attachment(s) providing legal advice regarding legal fees prepared in anticipation of litigation | AC; WP |
| P00260 | 4/25/2019 | Van Der Heijden, Tomas* | Shafik, Sean | | Email chain providing legal advice regarding fees and LegalEase litigation prepared in anticipation of litigation | AC; WP |
| P00261 | 4/25/2019 | Shafik, Sean | Van Der Heijden, Tomas* | | Email chain to facilitate the rendition of legal advice to client regarding West v. LegalEase prepared in anticipation of litigation | AC; WP |
| P00262 | 4/26/2019 | Arruda, Andrew | Van Der Heijden, Tomas* | Ovbiagele, Jimoh | Email chain seeking legal advice regarding LegalEase litigation prepared in anticipation of litigation | AC; WP |
| P00263 | 4/26/2019 | Van Der Heijden, Tomas* | Arruda, Andrew Ovbiagele, Jimoh | | Email chain providing legal advice regarding West v. LegalEase | AC |
| P00264 | 4/26/2019 | Van Der Heijden, Tomas* | Lancaster, Peter* | | Email chain seeking legal advice regarding LegalEase litigation prepared in anticipation of litigation | AC; WP |
| P00265 | 4/26/2019 | Arruda, Andrew | Van Der Heijden, Tomas* | Ovbiagele, Jimoh | Email chain seeking legal advice regarding West v. LegalEase prepared in anticipation of litigation | AC; WP |
| P00266 | 4/26/2019 | Lancaster, Peter* | Van Der Heijden, Tomas* | | Email providing legal advice regarding West v. LegalEase prepared in anticipation of litigation | AC; WP |
| P00267 | 4/26/2019 | Van Der Heijden, Tomas* | Arruda, Andrew | Ovbiagele, Jimoh | Email chain providing legal advice regarding West v. LegalEase prepared in anticipation of litigation | AC; WP |
| P00268 | 4/26/2019 | Arruda, Andrew | Van Der Heijden, Tomas* | Ovbiagele, Jimoh | Email chain seeking legal advice regarding West v. LegalEase prepared in anticipation of litigation | AC; WP |
| P00269 | 4/26/2019 | Van Der Heijden, Tomas* | Arruda, Andrew | Ovbiagele, Jimoh | Email chain providing legal advice regarding LegalEase litigation prepared in anticipation of litigation | AC; WP |
| P00270 | 4/29/2019 | Van Der Heijden, Tomas* | Lancaster, Peter* | | Email chain providing legal advice regarding West v. LegalEase prepared in anticipation of litigation | AC; WP |
| P00271 | 4/29/2019 | Van Der Heijden, Tomas* | Lancaster, Peter* | | Email chain seeking legal advice regarding West v. LegalEase prepared in anticipation of litigation | AC; WP |
| P00272 | 4/29/2019 | Van Der Heijden, Tomas* | Lancaster, Peter* | | Email chain providing legal advice regarding West v. LegalEase prepared in anticipation of litigation | AC; WP |
| P00273 | 4/29/2019 | Lancaster, Peter* | Van Der Heijden, Tomas* | | Email chain providing legal advice regarding West v. LegalEase prepared in anticipation of litigation | AC; WP |

| Priv No. | Date | From | To | CC | Privilege Description | Privilege Type |
|---|---|---|---|---|---|---|
| P00274 | 4/29/2019 | Van Der Heijden, Tomas* | Lancaster, Peter* | | Email providing legal advice regarding West v. LegalEase prepared in anticipation of litigation | AC; WP |
| P00275 | 4/29/2019 | Lancaster, Peter* | Van Der Heijden, Tomas* | | Email chain providing legal advice regarding LegalEase litigation prepared in anticipation of litigation | AC; WP |
| P00276 | 4/29/2019 | Lancaster, Peter* | Van Der Heijden, Tomas* | | Email chain providing legal advice regarding LegalEase litigation prepared in anticipation of litigation | AC; WP |
| P00277 | 4/29/2019 | Van Der Heijden, Tomas* | Lancaster, Peter* | | Email chain seeking legal advice regarding LegalEase litigation prepared in anticipation of litigation | AC; WP |
| P00278 | 4/29/2019 | Lancaster, Peter* | Van Der Heijden, Tomas* | | Email chain providing legal advice regarding LegalEase litigation prepared in anticipation of litigation | AC; WP |
| P00279 | 4/30/2019 | Van Der Heijden, Tomas* | Lancaster, Peter* | | Email chain seeking legal advice regarding LegalEase litigation prepared in anticipation of litigation | AC; WP |
| P00280 | 4/30/2019 | Lancaster, Peter* | Van Der Heijden, Tomas* | | Email chain providing legal advice regarding West v. LegalEase prepared in anticipation of litigation | AC; WP |
| P00281 | 4/30/2019 | Van Der Heijden, Tomas* | Lancaster, Peter* | | Email chain providing legal advice regarding West v. LegalEase prepared in anticipation of litigation | AC; WP |
| P00282 | 5/13/2019 | Shafik, Sean | Van Der Heijden, Tomas* | | Email chain to facilitate the rendition of legal advice to client to be sought from Lancaster, Peter* regarding LegalEase litigation prepared in anticipation of litigation | AC; WP |
| P00283 | 5/13/2019 | Van Der Heijden, Tomas* | Shafik, Sean | | Email chain providing legal advice regarding LegalEase litigation prepared in anticipation of litigation | AC; WP |
| P00284 | 5/13/2019 | Van Der Heijden, Tomas* | Shafik, Sean | | Email chain providing legal advice regarding LegalEase litigation prepared in anticipation of litigation | AC; WP |
| P00285 | 5/15/2019 | Van Der Heijden, Tomas* | Shafik, Sean | | Email chain providing legal advice regarding West v. LegalEase | AC |
| P00286 | 5/15/2019 | Van Der Heijden, Tomas* | Shafik, Sean | | Email chain to facilitate the rendition of legal advice to client regarding West v. LegalEase | AC |
| P00287 | 5/15/2019 | Shafik, Sean | Van Der Heijden, Tomas* | | Email chain seeking legal advice regarding LegalEase litigation prepared in anticipation of litigation | AC; WP |
| P00288 | 6/15/2019 | Van Der Heijden, Tomas* | Von Simson, Charles* | | Email chain with attachment(s) providing legal advice regarding response to subpoena prepared in anticipation of litigation | AC; WP |
| P00289 | 6/17/2019 | Lancaster, Peter* | Van Der Heijden, Tomas* | | Email chain with attachment(s) providing legal advice regarding West v. LegalEase prepared in anticipation of litigation | AC; WP |
| P00290 | 6/20/2019 | Lancaster, Peter* | Van Der Heijden, Tomas* | | Email chain reflecting legal advice regarding West v. LegalEase prepared in anticipation of litigation | AC; WP |
| P00291 | 6/20/2019 | Van Der Heijden, Tomas* | Lancaster, Peter* | | Email seeking legal advice regarding West v. LegalEase prepared in anticipation of litigation | AC; WP |
| P00292 | 6/20/2019 | Lancaster, Peter* | Van Der Heijden, Tomas* | | Email chain providing legal advice regarding LegalEase litigation prepared in anticipation of litigation | AC; WP |
| P00293 | 6/20/2019 | Van Der Heijden, Tomas* | Lancaster, Peter* | | Email chain seeking legal advice regarding LegalEase litigation prepared in anticipation of litigation | AC; WP |
| P00294 | 6/24/2019 | Von Simson, Charles* | Lancaster, Peter* | Van Der Heijden, Tomas* | Email chain providing legal advice regarding West v. LegalEase prepared in anticipation of litigation | AC; WP |
| P00295 | 6/24/2019 | Lancaster, Peter* | Van Der Heijden, Tomas* | Von Simson, Charles* | Email chain providing legal advice regarding West v. LegalEase prepared in anticipation of litigation | AC; WP |

| Priv No. | Date | From | To | CC | Privilege Description | Privilege Type |
|---|---|---|---|---|---|---|
| P00296 | 6/24/2019 | Van Der Heijden, Tomas* | Lancaster, Peter* | Von Simson, Charles* | Email chain seeking legal advice regarding LegalEase litigation prepared in anticipation of litigation | AC; WP |
| P00297 | 6/24/2019 | Van Der Heijden, Tomas* | Lancaster, Peter* | Von Simson, Charles* | Email chain providing legal advice regarding West v. LegalEase prepared in anticipation of litigation | AC; WP |
| P00298 | 6/24/2019 | Lancaster, Peter* | Van Der Heijden, Tomas* | | Email providing legal advice regarding West v. LegalEase prepared in anticipation of litigation | AC; WP |
| P00299 | 6/24/2019 | Van Der Heijden, Tomas* | Von Simson, Charles* | Lancaster, Peter* | Email chain providing legal advice regarding West v. LegalEase prepared in anticipation of litigation | AC; WP |
| P00300 | 6/24/2019 | Lancaster, Peter* | Von Simson, Charles* | Van Der Heijden, Tomas* | Email chain providing legal advice regarding LegalEase litigation prepared in anticipation of litigation | AC; WP |
| P00301 | 6/24/2019 | Lancaster, Peter* | Van Der Heijden, Tomas* | | Email chain providing legal advice regarding West v. LegalEase prepared in anticipation of litigation | AC; WP |
| P00302 | 6/24/2019 | Von Simson, Charles* | Lancaster, Peter* | Van Der Heijden, Tomas* | Email chain seeking legal advice regarding West v. LegalEase prepared in anticipation of litigation | AC; WP |
| P00303 | 6/25/2019 | Van Der Heijden, Tomas* | Von Simson, Charles* | Lancaster, Peter* | Email chain seeking legal advice regarding LegalEase litigation prepared in anticipation of litigation | AC; WP |
| P00304 | 6/25/2019 | Von Simson, Charles* | Lancaster, Peter* | Van Der Heijden, Tomas* | Email chain providing legal advice regarding West v. LegalEase prepared in anticipation of litigation | AC; WP |
| P00305 | 6/25/2019 | Lancaster, Peter* | Van Der Heijden, Tomas* | | Email chain with attachment(s) providing legal advice regarding response to ROSS subpoena prepared in anticipation of litigation | AC; WP |
| P00306 | 6/25/2019 | Lancaster, Peter* | Van Der Heijden, Tomas* | | Email chain providing legal advice regarding LegalEase litigation prepared in anticipation of litigation | AC; WP |
| P00307 | 6/26/2019 | Van Der Heijden, Tomas* | Lancaster, Peter* | Von Simson, Charles* | Email chain seeking legal advice regarding LegalEase litigation prepared in anticipation of litigation | AC; WP |
| P00308 | 6/26/2019 | Lancaster, Peter* | Van Der Heijden, Tomas* | Von Simson, Charles* | Email chain providing legal advice regarding LegalEase litigation prepared in anticipation of litigation | AC; WP |
| P00309 | 6/26/2019 | Lancaster, Peter* | Van Der Heijden, Tomas* | | Email chain providing legal advice regarding West v. LegalEase prepared in anticipation of litigation | AC; WP |
| P00310 | 6/26/2019 | Van Der Heijden, Tomas* | Von Simson, Charles* | Lancaster, Peter* | Email chain providing legal advice regarding West v. LegalEase prepared in anticipation of litigation | AC; WP |
| P00311 | 6/26/2019 | Van Der Heijden, Tomas* | Lancaster, Peter* | Von Simson, Charles* | Email chain providing legal advice regarding West v. LegalEase prepared in anticipation of litigation | AC; WP |
| P00312 | 6/27/2019 | Van Der Heijden, Tomas* | Lancaster, Peter* | Von Simson, Charles* | Email chain seeking legal advice regarding West v. LegalEase prepared in anticipation of litigation | AC; WP |
| P00313 | 6/27/2019 | Lancaster, Peter* | Van Der Heijden, Tomas* | Von Simson, Charles* | Email chain providing legal advice regarding West v. LegalEase prepared in anticipation of litigation | AC; WP |
| P00314 | 6/27/2019 | Lancaster, Peter* | Van Der Heijden, Tomas* | Von Simson, Charles* | Email chain providing legal advice regarding LegalEase litigation prepared in anticipation of litigation | AC; WP |
| P00315 | 6/27/2019 | Van Der Heijden, Tomas* | Lancaster, Peter* | Von Simson, Charles* | Email chain seeking legal advice regarding LegalEase litigation prepared in anticipation of litigation | AC; WP |
| P00316 | 6/27/2019 | Van Der Heijden, Tomas* | Lancaster, Peter* | Von Simson, Charles* | Email chain seeking legal advice regarding LegalEase litigation prepared in anticipation of litigation | AC; WP |
| P00317 | 6/27/2019 | Lancaster, Peter* | Van Der Heijden, Tomas* | | Email with attachment(s) providing legal advice regarding LegalEase litigation prepared in anticipation of litigation | AC; WP |
| P00318 | 6/27/2019 | Van Der Heijden, Tomas* | Lancaster, Peter* | Von Simson, Charles* | Email reflecting legal advice regarding subpoena response prepared in anticipation of litigation | AC; WP |

| Priv No. | Date | From | To | CC | Privilege Description | Privilege Type |
|---|---|---|---|---|---|---|
| P00319 | 6/27/2019 | Lancaster, Peter* | Van Der Heijden, Tomas* | Von Simson, Chales | Email chain providing legal advice regarding West v. LegalEase | AC |
| P00320 | 7/11/2019 | Arruda, Andrew | Van Der Heijden, Tomas* | Ovbiagele, Jimoh<br>Von Simson, Charles* | Email chain seeking legal advice regarding LegalEase litigation prepared in anticipation of litigation | AC; WP |
| P00321 | 7/11/2019 | Von Simson, Charles* | Van Der Heijden, Tomas* | Arruda, Andrew<br>Ovbiagele, Jimoh | Email chain providing legal advice regarding LegalEase litigation prepared in anticipation of litigation | AC; WP |
| P00322 | 7/11/2019 | Arruda, Andrew | Van Der Heijden, Tomas* | Ovbiagele, Jimoh<br>Von Simson, Charles* | Email chain seeking legal advice regarding LegalEase litigation prepared in anticipation of litigation | AC; WP |
| P00323 | 7/11/2019 | Van Der Heijden, Tomas* | Arruda, Andrew | Ovbiagele, Jimoh<br>Von Simson, Charles* | Email chain providing legal advice regarding West v. LegalEase prepared in anticipation of litigation | AC; WP |
| P00324 | 7/11/2019 | Arruda, Andrew | Van Der Heijden, Tomas* | Ovbiagele, Jimoh | Email chain seeking legal advice regarding LegalEase litigation prepared in anticipation of litigation | AC; WP |
| P00325 | 7/11/2019 | Van Der Heijden, Tomas* | Arruda, Andrew | Ovbiagele, Jimoh<br>Von Simson, Charles* | Email chain seeking legal advice regarding West v. LegalEase prepared in anticipation of litigation | AC; WP |
| P00326 | 7/11/2019 | Van Der Heijden, Tomas* | Arruda, Andrew<br>Ovbiagele, Jimoh | | Email chain providing legal advice regarding LegalEase litigation prepared in anticipation of litigation | AC; WP |
| P00327 | 7/11/2019 | Van Der Heijden, Tomas* | Lancaster, Peter* | Johnson, Kate*<br>Von Simson, Charles* | Email chain seeking legal advice regarding West v. LegalEase prepared in anticipation of litigation | AC; WP |
| P00328 | 7/11/2019 | Lancaster, Peter* | Van Der Heijden, Tomas* | Johnson, Kate*<br>Von Simson, Charles* | Email chain providing legal advice regarding West v. LegalEase prepared in anticipation of litigation | AC; WP |
| P00329 | 7/11/2019 | Van Der Heijden, Tomas* | Lancaster, Peter* | Johnson, Kate*<br>Von Simson, Charles* | Email chain seeking legal advice regarding LegalEase litigation prepared in anticipation of litigation | AC; WP |
| P00330 | 7/11/2019 | Lancaster, Peter* | Van Der Heijden, Tomas* | Johnson, Kate* | Email providing legal advice regarding West v. LegalEase prepared in anticipation of litigation | AC; WP |
| P00331 | 7/15/2019 | Van Der Heijden, Tomas* | Lancaster, Peter* | Johnson, Kate* | Email chain seeking legal advice regarding LegalEase litigation prepared in anticipation of litigation | AC; WP |
| P00332 | 7/15/2019 | Van Der Heijden, Tomas* | Lancaster, Peter* | | Email chain seeking legal advice regarding LegalEase litigation prepared in anticipation of litigation | AC; WP |
| P00333 | 7/15/2019 | Lancaster, Peter* | Van Der Heijden, Tomas* | | Email chain providing legal advice regarding West v. LegalEase prepared in anticipation of litigation | AC; WP |
| P00334 | 7/15/2019 | Van Der Heijden, Tomas* | Lancaster, Peter* | Anastasiadis, Stergios<br>Jarboe, Alexander<br>Johnson, Kate*<br>Von Simson, Charles* | Email chain seeking legal advice regarding LegalEase litigation prepared in anticipation of litigation | AC; WP |
| P00335 | 7/15/2019 | Van Der Heijden, Tomas* | Lancaster, Peter* | Johnson, Kate*<br>Von Simson, Charles* | Email chain providing legal advice regarding West v. LegalEase prepared in anticipation of litigation | AC; WP |
| P00336 | 7/15/2019 | Van Der Heijden, Tomas* | Lancaster, Peter* | | Email chain providing legal advice regarding West v. LegalEase prepared in anticipation of litigation | AC; WP |
| P00337 | 7/15/2019 | Lancaster, Peter* | Van Der Heijden, Tomas* | | Email chain providing legal advice regarding West v. LegalEase prepared in anticipation of litigation | AC; WP |
| P00338 | 7/15/2019 | Lancaster, Peter* | Van Der Heijden, Tomas* | Johnson, Kate* | Email chain providing legal advice regarding LegalEase litigation prepared in anticipation of litigation | AC; WP |
| P00339 | 7/15/2019 | Van Der Heijden, Tomas* | Lancaster, Peter* | | Email chain providing legal advice regarding West v. LegalEase prepared in anticipation of litigation | AC; WP |
| P00340 | 7/15/2019 | Lancaster, Peter* | Van Der Heijden, Tomas* | | Email chain providing legal advice regarding LegalEase litigation prepared in anticipation of litigation | AC; WP |
| P00341 | 7/15/2019 | Lancaster, Peter* | Van Der Heijden, Tomas* | Johnson, Kate*<br>Von Simson, Charles* | Email chain providing legal advice regarding West v. LegalEase prepared in anticipation of litigation | AC; WP |

West Publishing Corp. v. LegalEase Solutions, LLC

| Priv No. | Date | From | To | CC | Privilege Description | Privilege Type |
|---|---|---|---|---|---|---|
| P00342 | 7/15/2019 | Van Der Heijden, Tomas* | Lancaster, Peter* | Johnson, Kate*<br>Von Simson, Charles* | Email chain seeking legal advice regarding LegalEase litigation prepared in anticipation of litigation | AC; WP |
| P00343 | 7/15/2019 | Lancaster, Peter* | Van Der Heijden, Tomas* | Johnson, Kate* | Email providing legal advice regarding production to West prepared in anticipation of litigation | AC; WP |
| P00344 | 7/17/2019 | Anastasiadis, Stergios | Johnson, Kate* | Jarboe, Alexander<br>Lancaster, Peter* | Email chain reflecting information gathered or prepared at the direction of counsel regarding West v. LegalEase prepared in anticipation of litigation | AC; WP |
| P00345 | 7/17/2019 | Johnson, Kate* | Anastasiadis, Stergios | Jarboe, Alexander<br>Lancaster, Peter* | Email chain to facilitate the rendition of legal advice to client regarding LegalEase litigation prepared in anticipation of litigation | AC; WP |
| P00346 | 7/17/2019 | Johnson, Kate* | Anastasiadis, Stergios | Jarboe, Alexander<br>Lancaster, Peter* | Email chain with attachment(s) reflecting information gathered or prepared at the direction of counsel regarding Subpoena Response prepared in anticipation of litigation | AC; WP |
| P00347 | 7/17/2019 | Anastasiadis, Stergios | Johnson, Kate* | Jarboe, Alexander<br>Lancaster, Peter* | Email chain to facilitate the rendition of legal advice to client regarding LegalEase litigation prepared in anticipation of litigation | AC; WP |
| P00348 | 7/17/2019 | Dall'Oglio, Pargles | Van Der Heijden, Tomas* | | Email seeking legal advice regarding LegalEase | AC |