West Publishing Corp. v. LegalEase Solutions, LLC

| Bates No. | Date | Author | From | To | CC | Description | Priv Type |
|---|---|---|---|---|---|---|---|
| ROSS00054258 | 12/22/2017 | | Isakov, Maxim | Van Der Heijden, Tomas* | | Email chain seeking legal advice regarding ROSS classifier case pilot | AC |
| ROSS00054341 | 7/11/2019 | | Van Der Heijden, Tomas* | Lancaster, Peter* | Von Simson, Charles* | Email chain seeking legal advice regarding West v. LegalEase prepared in anticipation of litigation | AC; WP |
| ROSS00054355 | 4/17/2019 | | Lancaster, Peter* | Van Der Heijden, Tomas* | | Email chain providing legal advice regarding West v. LegalEase prepared in anticipation of litigation | AC; WP |
| ROSS00054360 | 11/28/2018 | | Arruda, Andrew | Van Der Heijden, Tomas* | Hamilton, Thomas Ovbiagele, Jimoh | Email chain seeking legal advice regarding question from LegalEase prepared in anticipation of litigation | AC; WP |
| ROSS00054362 | 11/1/2018 | | Van Der Heijden, Tomas* | Arruda, Andrew Hamilton, Thomas | | Email chain providing legal advice regarding West v. LegalEase prepared in anticipation of litigation | AC; WP |
| ROSS00054371 | 11/1/2018 | | Lancaster, Peter* | Van Der Heijden, Tomas* | | Email chain providing legal advice regarding LegalEase litigation prepared in anticipation of litigation | AC; WP |
| ROSS00054378 | 11/1/2018 | | Lancaster, Peter* | Van Der Heijden, Tomas* | | Email chain providing legal advice regarding LegalEase litigation prepared in anticipation of litigation | AC; WP |
| ROSS00054384 | 10/24/2018 | | Van Der Heijden, Tomas* | Arruda, Andrew Ovbiagele, Jimoh | Shafik, Sean | Email chain providing legal advice regarding West v. LegalEase prepared in anticipation of litigation | AC; WP |
| ROSS00054390 | 10/24/2018 | | Lancaster, Peter* | Van Der Heijden, Tomas* | | Email chain providing legal advice regarding LegalEase litigation prepared in anticipation of litigation | AC; WP |
| ROSS00054394 | 7/9/2018 | | Van Der Heijden, Tomas* | Arruda, Andrew | Ovbiagele, Jimoh Toppin, Graham | Email chain providing legal advice regarding West v. LegalEase prepared in anticipation of litigation | AC; WP |
| ROSS00054397 | 6/28/2018 | | Arruda, Andrew | Van Der Heijden, Tomas* | Ovbiagele, Jimoh Toppin, Graham | Email chain seeking legal advice regarding LegalEase litigation prepared in anticipation of litigation | AC; WP |
| ROSS00054400 | 6/28/2018 | | Van Der Heijden, Tomas* | Lancaster, Peter* | | Email chain seeking legal advice regarding LegalEase litigation prepared in anticipation of litigation | AC; WP |
| ROSS00054403 | 6/17/2019 | | Lancaster, Peter* | Van Der Heijden, Tomas* | | Email chain providing legal advice regarding LegalEase litigation prepared in anticipation of litigation | AC; WP |
| ROSS00054408 | 6/14/2019 | | Lancaster, Peter* | Van Der Heijden, Tomas* | | Email chain providing legal advice regarding West v. LegalEase prepared in anticipation of litigation | AC; WP |
| ROSS00054410 | 6/14/2019 | | Lancaster, Peter* | Van Der Heijden, Tomas* | | Email chain providing legal advice regarding West v. LegalEase prepared in anticipation of litigation | AC; WP |
| ROSS00054495 | 1/11/2018 | | Van Der Heijden, Tomas* | Ovbiagele, Jimoh | Toppin, Graham | Email to facilitate the rendition of legal advice to client regarding internal counsel legal tasks | AC |
| ROSS00054500 | 12/22/2017 | | Ovbiagele, Jimoh | Van Der Heijden, Tomas* | | Email chain providing legal advice regarding internal counsel's legal updates | AC |
| ROSS00054512 | 1/22/2018 | | Ovbiagele, Jimoh | Van Der Heijden, Tomas* | Toppin, Graham | Email chain to facilitate the rendition of legal advice to client to be sought from Van Der Heijden, Tomas* regarding internal counsel's legal tasks | AC |
| ROSS00054583 | 12/15/2017 | | Van Der Heijden, Tomas* | Ovbiagele, Jimoh | | Email chain prepared by counsel incorporating legal advice regarding legal status updates | AC |
| ROSS00054586 | 11/23/2017 | | Van Der Heijden, Tomas* | Ovbiagele, Jimoh | | Email prepared by counsel incorporating legal advice regarding ROSS legal status update | AC |
| ROSS00054654 | 7/9/2019 | | Van Der Heijden, Tomas* | Lancaster, Peter* | | Email chain seeking legal advice regarding LegalEase litigation prepared in anticipation of litigation | AC; WP |
| ROSS00054664 | 7/11/2019 | | Lancaster, Peter* | Van Der Heijden, Tomas* | Johnson, Kate* Von Simson, Charles* | Email chain providing legal advice regarding West subpoena to LegalEase prepared in anticipation of litigation | AC; WP |
| ROSS00054667 | 4/25/2019 | | Van Der Heijden, Tomas* | Lancaster, Peter* | | Email chain seeking legal advice regarding West v. LegalEase prepared in anticipation of litigation | AC; WP |
| ROSS00054671 | 3/27/2019 | | Lancaster, Peter* | Van Der Heijden, Tomas* | | Email chain providing legal advice regarding LegalEase litigation prepared in anticipation of litigation | AC; WP |

ROSS Intelligence, Inc. Redaction Log

West Publishing Corp. v. LegalEase Solutions, LLC

| Bates No. | Date | Author | From | To | CC | Description | Priv Type |
|---|---|---|---|---|---|---|---|
| ROSS00054672 | 3/18/2019 | | Van Der Heijden, Tomas* | Arruda, Andrew<br>Ovbiagele, Jimoh | | Email chain providing legal advice regarding West v. LegalEase | AC |
| ROSS00054680 | 12/3/2018 | | Arruda, Andrew | Van Der Heijden, Tomas* | Hamilton, Thomas<br>Ovbiagele, Jimoh | Email chain seeking legal advice regarding LegalEase litigation prepared in anticipation of litigation | AC; WP |
| ROSS00054683 | 12/3/2018 | | Van Der Heijden, Tomas* | Arruda, Andrew | Hamilton, Thomas<br>Ovbiagele, Jimoh | Email chain seeking legal advice regarding LegalEase litigation prepared in anticipation of litigation | AC; WP |
| ROSS00054686 | 10/24/2018 | | Van Der Heijden, Tomas* | Lancaster, Peter* | | Email chain seeking legal advice regarding LegalEase litigation prepared in anticipation of litigation | AC; WP |
| ROSS00054692 | 10/24/2018 | | Lancaster, Peter* | Van Der Heijden, Tomas* | | Email chain providing legal advice regarding LegalEase litigation prepared in anticipation of litigation | AC; WP |
| ROSS00054696 | 10/24/2018 | | Arruda, Andrew | Van Der Heijden, Tomas* | Ovbiagele, Jimoh<br>Shafik, Sean | Email chain seeking legal advice regarding West v. LegalEase prepared in anticipation of litigation | AC; WP |
| ROSS00054699 | 10/24/2018 | | Van Der Heijden, Tomas* | Lancaster, Peter* | | Email chain providing legal advice regarding West v. LegalEase prepared in anticipation of litigation | AC; WP |
| ROSS00054703 | 10/24/2018 | | Van Der Heijden, Tomas* | Lancaster, Peter* | | Email chain seeking legal advice regarding LegalEase litigation prepared in anticipation of litigation | AC; WP |
| ROSS00054706 | 10/24/2018 | | Lancaster, Peter* | Van Der Heijden, Tomas* | | Email chain providing legal advice regarding West v. LegalEase prepared in anticipation of litigation | AC; WP |
| ROSS00054708 | 7/9/2018 | | Arruda, Andrew | Van Der Heijden, Tomas* | Ovbiagele, Jimoh<br>Toppin, Graham | Email chain with attachment(s) providing legal advice regarding West v. LegalEase | AC |
| ROSS00054711 | 6/28/2018 | | Van Der Heijden, Tomas* | Arruda, Andrew<br>Ovbiagele, Jimoh<br>Toppin, Graham | | Email chain providing legal advice regarding West v. LegalEase | AC |
| ROSS00054715 | 6/17/2019 | | Van Der Heijden, Tomas* | Lancaster, Peter* | | Email chain providing legal advice regarding West v. LegalEase prepared in anticipation of litigation | AC; WP |
| ROSS00054721 | 6/17/2019 | | Van Der Heijden, Tomas* | Lancaster, Peter* | | Email chain providing legal advice regarding West v. LegalEase prepared in anticipation of litigation | AC; WP |
| ROSS00054726 | 6/14/2019 | | Van Der Heijden, Tomas* | Arruda, Andrew<br>Ovbiagele, Jimoh | | Email chain with attachment(s) providing legal advice regarding Subpoena from LegalEase prepared in anticipation of litigation | AC; WP |
| ROSS00054826 | 1/4/2018 | | Ovbiagele, Jimoh | Van Der Heijden, Tomas* | Toppin, Graham | Email chain seeking legal advice regarding current legal matters | AC |
| ROSS00054829 | 11/30/2017 | | Van Der Heijden, Tomas* | Ovbiagele, Jimoh | | Email providing legal advice regarding summary of current legal matters | AC |
| ROSS00054837 | 1/22/2018 | | Van Der Heijden, Tomas* | Ovbiagele, Jimoh | Toppin, Graham | Email providing legal advice regarding current legal matters | AC |
| ROSS00054852 | 12/15/2017 | | Van Der Heijden, Tomas* | Ovbiagele, Jimoh | | Email reflecting information gathered or prepared at the direction of counsel regarding ROSS legal matters status | AC |
| ROSS00054867 | 11/22/2017 | | Shafik, Sean | Van Der Heijden, Tomas* | | Email seeking legal advice regarding contract modifications | AC |
| ROSS00054906 | 11/10/2017 | | Van Der Heijden, Tomas* | Ovbiagele, Jimoh | | Email providing legal advice regarding summary of current legal matters | AC |
| ROSS00054908 | 7/9/2019 | | Lancaster, Peter* | Van Der Heijden, Tomas* | | Email chain providing legal advice regarding West v. LegalEase prepared in anticipation of litigation | AC; WP |
| ROSS00054918 | 4/25/2019 | | Van Der Heijden, Tomas* | Lancaster, Peter* | | Email chain seeking legal advice regarding LegalEase litigation prepared in anticipation of litigation | AC; WP |
| ROSS00054931 | 4/17/2019 | | Van Der Heijden, Tomas* | Lancaster, Peter* | | Email chain seeking legal advice regarding LegalEase litigation prepared in anticipation of litigation | AC; WP |
| ROSS00054936 | 11/30/2018 | | | | | Email chain seeking legal advice regarding West litigation prepared in anticipation of litigation | AC; WP |

West Publishing Corp. v. LegalEase Solutions, LLC

| Bates No. | Date | Author | From | To | CC | Description | Priv Type |
|---|---|---|---|---|---|---|---|
| ROSS00054938 | 10/24/2018 | | Van Der Heijden, Tomas* | Lancaster, Peter* | | Email chain seeking legal advice regarding West v. LegalEase prepared in anticipation of litigation | AC; WP |
| ROSS00054942 | 10/24/2018 | | Van Der Heijden, Tomas* | Lancaster, Peter* | | Email chain seeking legal advice regarding West v. LegalEase prepared in anticipation of litigation | AC; WP |
| ROSS00054950 | 7/9/2018 | | Arruda, Andrew | Van Der Heijden, Tomas* | Ovbiagele, Jimoh Toppin, Graham | Email chain seeking legal advice regarding LegalEase litigation prepared in anticipation of litigation | AC; WP |
| ROSS00054976 | 6/17/2019 | | Van Der Heijden, Tomas* | Lancaster, Peter* | | Email chain seeking legal advice regarding LegalEase litigation prepared in anticipation of litigation | AC; WP |
| ROSS00054980 | 7/8/2018 | | Lancaster, Peter* | Van Der Heijden, Tomas* | | Email chain providing legal advice regarding West v. LegalEase prepared in anticipation of litigation | AC; WP |
| ROSS00055023 | 12/8/2017 | | Ovbiagele, Jimoh | Van Der Heijden, Tomas* | | Email conveying legal advice regarding status of legal matters | AC |
| ROSS00055058 | 1/4/2018 | | Van Der Heijden, Tomas* | Ovbiagele, Jimoh Toppin, Graham | | Email providing legal advice regarding summary of current legal matters | AC |
| ROSS00055063 | 11/30/2017 | Van Der Heijden, Tomas* | Ovbiagele, Jimoh | Van Der Heijden, Tomas* | | Email chain prepared by counsel incorporating legal advice provided by Van Der Heijden, Tomas* regarding internal counsel legal updates | AC |
| ROSS00055070 | 1/22/2018 | Van Der Heijden, Tomas* | Ovbiagele, Jimoh | Van Der Heijden, Tomas* | Toppin, Graham | Email chain prepared by counsel incorporating legal advice provided by Van Der Heijden, Tomas* regarding internal counsel's legal tasks | AC |
| ROSS00055077 | 12/15/2017 | | Ovbiagele, Jimoh | Van Der Heijden, Tomas* | | Email to facilitate the rendition of legal advice to client regarding internal counsel tasks | AC |
| ROSS00055079 | 11/23/2017 | | Ovbiagele, Jimoh | Van Der Heijden, Tomas* | | Email chain prepared by counsel incorporating legal advice regarding legal matters status update | AC |
| ROSS00055148 | 7/11/2019 | | Von Simson, Charles* | Van Der Heijden, Tomas* | | Email chain providing legal advice regarding LegalEase litigation prepared in anticipation of litigation | AC; WP |
| ROSS00055150 | 4/25/2019 | | Lancaster, Peter* | Van Der Heijden, Tomas* | | Email chain providing legal advice regarding West v. LegalEase prepared in anticipation of litigation | AC; WP |
| ROSS00055154 | 3/27/2019 | | Lancaster, Peter* | Van Der Heijden, Tomas* | | Email chain providing legal advice regarding LegalEase litigation prepared in anticipation of litigation | AC; WP |
| ROSS00055155 | 3/18/2019 | | Lancaster, Peter* | Van Der Heijden, Tomas* | | Email chain providing legal advice regarding West v. LegalEase prepared in anticipation of litigation | AC; WP |
| ROSS00055165 | 11/1/2018 | | Van Der Heijden, Tomas* | Lancaster, Peter* | | Email chain providing legal advice regarding West v. LegalEase prepared in anticipation of litigation | AC; WP |
| ROSS00055173 | 10/24/2018 | | Arruda, Andrew | Van Der Heijden, Tomas* | Ovbiagele, Jimoh Shafik, Sean | Email chain providing legal advice regarding West v. LegalEase prepared in anticipation of litigation | AC; WP |
| ROSS00055180 | 10/24/2018 | | Lancaster, Peter* | Van Der Heijden, Tomas* | | Email chain providing legal advice regarding LegalEase litigation prepared in anticipation of litigation | AC; WP |
| ROSS00055185 | 10/24/2018 | | Van Der Heijden, Tomas* | Lancaster, Peter* | | Email chain seeking legal advice regarding West v. LegalEase prepared in anticipation of litigation | AC; WP |
| ROSS00055191 | 10/24/2018 | | Lancaster, Peter* | Van Der Heijden, Tomas* | | Email chain providing legal advice regarding West v. LegalEase prepared in anticipation of litigation | AC; WP |
| ROSS00055194 | 10/24/2018 | | Van Der Heijden, Tomas* | Arruda, Andrew Ovbiagele, Jimoh | Shafik, Sean | Email chain providing legal advice regarding West v. LegalEase prepared in anticipation of litigation | AC; WP |
| ROSS00055197 | 6/28/2018 | | Lancaster, Peter* | Van Der Heijden, Tomas* | | Email with attachment(s) providing legal advice regarding LegalEase litigation prepared in anticipation of litigation | AC; WP |
| ROSS00055200 | 6/17/2019 | | Van Der Heijden, Tomas* | Lancaster, Peter* | | Email chain providing legal advice regarding West v. LegalEase prepared in anticipation of litigation | AC; WP |
| ROSS00055206 | 6/17/2019 | | Van Der Heijden, Tomas* | Lancaster, Peter* | | Email chain providing legal advice regarding West v. LegalEase prepared in anticipation of litigation | AC; WP |

West Publishing Corp. v. LegalEase Solutions, LLC

| Bates No. | Date | Author | From | To | CC | Description | Priv Type |
|---|---|---|---|---|---|---|---|
| ROSS00055211 | 6/17/2019 | | Lancaster, Peter* | Van Der Heijden, Tomas* | | Email chain providing legal advice regarding West v. LegalEase prepared in anticipation of litigation | AC; WP |
| ROSS00055214 | 6/14/2019 | | Van Der Heijden, Tomas* | Lancaster, Peter* | | Email chain seeking legal advice regarding West subpoena prepared in anticipation of litigation | AC; WP |
| ROSS00055218 | 6/14/2019 | | Van Der Heijden, Tomas* | Lancaster, Peter* | | Email chain seeking legal advice regarding LegalEase litigation prepared in anticipation of litigation | AC; WP |
| ROSS00055252 | 12/7/2017 | | Van Der Heijden, Tomas* | Ovbiagele, Jimoh | | Email chain providing legal advice regarding internal legal tasks update | AC |
| ROSS00055272 | 9/6/2017 | | Van Der Heijden, Tomas* | Arruda, Andrew | | Email chain providing legal advice regarding ROSS investor closing documents | AC |
| ROSS00055284 | 12/21/2017 | | Van Der Heijden, Tomas* | Ovbiagele, Jimoh | | Email reflecting information gathered or prepared at the direction of counsel regarding status of legal matters | AC |
| ROSS00055286 | 1/26/2018 | | Van Der Heijden, Tomas* | Ovbiagele, Jimoh<br>Toppin, Graham | | Email providing legal advice regarding corporate legal matters update | AC |
| ROSS00055348 | 1/29/2018 | | Shafik, Sean | Van Der Heijden, Tomas* | | Email chain seeking legal advice regarding LegalEase prepaid memos | AC |
| ROSS00055351 | 1/19/2018 | | Van Der Heijden, Tomas* | Ovbiagele, Jimoh<br>Toppin, Graham | | Email providing legal advice regarding legal status update | AC |
| ROSS00055379 | 11/22/2017 | | Van Der Heijden, Tomas* | Shafik, Sean | | Email chain providing legal advice regarding LegalEase deliverables | AC |
| ROSS00055382 | 11/22/2017 | | Shafik, Sean | Van Der Heijden, Tomas* | | Email chain with attachment(s) seeking legal advice regarding LegalEase deliverables | AC |
| ROSS00055408 | 10/6/2017 | | Asana | Van Der Heijden, Tomas* | | Email reflecting legal advice regarding pending legal matters | AC |
| ROSS00055410 | 10/10/2017 | | Asana | Van Der Heijden, Tomas* | | Email to facilitate the rendition of legal advice to client to be sought from Van Der Heijden, Tomas* regarding internal counsel tasks | AC |
| ROSS00055471 | 11/10/2017 | | Ovbiagele, Jimoh | Van Der Heijden, Tomas* | | Email chain reflecting legal advice regarding status of legal matters | AC |
| ROSS00056688 | 12/22/2017 | | Ovbiagele, Jimoh | Arruda, Andrew | | Email chain to facilitate the rendition of legal advice to client regarding internal counsel legal tasks | AC |