## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

------

| | |
|---|---|
| WEST PUBLISHING CORPORATION, | x : |
| Plaintiff / Counterclaim-Defendant, | : : |
| v. | : |
| LEGALEASE SOLUTIONS, LLC, | : : |
| Defendant / Counterclaim-Plaintiff. | : : : x |

Civ. No. 18-CV-01445 (DSD/ECW)

## MEET AND CONFER STATEMENT FOR
## PLAINTIFF AND COUNTERCLAIM-DEFENDANT
## WEST PUBLISHING CORPORATION'S MOTION TO COMPEL

I, Scott T. Lashway, representing Plaintiff and Counterclaim-Defendant West Publishing Corporation ("West"), hereby certify that I conferred in good faith with counsel for ROSS Intelligence, Inc. ("ROSS") prior to filing this motion in an effort to obtain without court intervention the discovery that is the subject of West's Motion to Compel Production of Documents in Response to Subpoena *Duces Tecum*. Specifically, ROSS's counsel and I conferred by telephone on July 11 and 15, 2019, August 20, 2019, September 13 and 16, 2019; by letters dated June 28, 2019 and August 12, 2019; and by emails on August 14, 2019, and September 3, 6, and 16, 2019. The parties were unable to agree on the resolution of the issues raised in the Motion.

Dated:   September 24, 2019

| | |
|---|---|
| Lora Mitchell Friedemann (#0259615)<br>Fredrikson & Byron, P.A.<br>200 South Sixth Street<br>Suite 4000<br>Minneapolis, MN 55402<br>(612) 492-7185<br>*lfriedemann@fredlaw.com* | */s/* Scott T. Lashway<br>Scott T. Lashway (*pro hac vice*)<br>Mara A. O'Malley (*pro hac vice*)<br>Manatt, Phelps & Phillips, LLP<br>177 Huntington Avenue<br>Boston, Massachusetts 02115<br>(617) 646-1401<br>*SLashway@manatt.com*<br>*MOMalley@manatt.com*<br><br>***Attorneys for West Publishing Corporation*** |