# IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

| | |
|---|---|
| West Publishing Corporation, | **COURT MINUTES** |
| | BEFORE: Elizabeth Cowan Wright |
| Plaintiff, | U.S. Magistrate Judge, Courtroom 3C |
| v. | |
| LegalEase Solutions, LLC, | Civil Case No.:   18-cv-1445 DSD/ECW |
| | Date:   December 11, 2019 |
| | Court Reporter:   NA |
| Defendant. | Time Commenced:   2:03 p.m. |
| | Time Concluded:   2:14 p.m. |
| | Time in Court:   0 hours and 11 minutes |

APPEARANCES:

For Plaintiffs (by phone):   Lora Friedemann; Scott Lashway; Mara O'Malley
For Defendants (by phone):   N/A
For Third-Party ROSS Intelligence, Inc. (by phone):   Peter Lancaster

**The Court held a telephonic hearing on ROSS's clawback of and assertions of privilege with respect to Exhibit K to the Declaration of Mara A. O'Malley (Dkt. 66-1).   For the reasons stated in open court, IT IS ORDERED THAT:**

1. **ROSS's proposed redactions with respect to Exhibit K are directed to subject matter protected by the attorney-client privilege.**
2. **Because West did not have the benefit of full briefing with respect to Exhibit K, the Court will give West until December 18, 2019 to file a new motion with respect to Exhibit K if it chooses to do so.**

☐ ORDER TO BE ISSUED     ☒ NO ORDER TO BE ISSUED     ☐ R&R TO BE ISSUED     ☒ NO R&R TO BE ISSUED

☐ Exhibits retained by the Court     ☐ Exhibits returned to counsel

s/SDF
Law Clerk