# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

|  |  |
|---|---|
| WEST PUBLISHING CORPORATION,<br><br>    Plaintiff / Counterclaim-Defendant,<br><br>v.<br><br>LEGALEASE SOLUTIONS, LLC,<br><br>    Defendant /Counterclaim-Plaintiff. | Civ. No. 18-CV-01445 (DSD/ECW) |

## [PROPOSED] ORDER
## MODIFYING PRETRIAL SCHEDULING ORDER

This matter is before the Court on Plaintiff and Counterclaim-Defendant West Publishing Corporation's ("West") Motion to Modify Pretrial Scheduling Order (Dkt. No. 112). Good cause having been shown, West's motion is allowed.

**IT IS HEREBY ORDERED** that the Pretrial Scheduling Order is modified as follows:

| Event | Current Deadline | Amended Deadline |
|---|---|---|
| Parties to submit rebuttal expert reports | March 31, 2020 | April 30, 2020 |
| Expert discovery, including expert depositions | May 1, 2020 | June 1, 2020 |
| Parties to file all non-dispositive motions and supporting documents that relate to expert discovery | May 15, 2020 | June 15, 2020 |
| Deadline to file dispositive motions (served and filed) | July 1, 2020 | July 31, 2020 |

Dated: _____, 2020

_____
Elizabeth Cowan Wright
Magistrate Judge of U.S. District Court
for the District of Minnesota