UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

West Publishing Corporation,

    Plaintiff,

v.

LegalEase Solutions, LLC,

    Defendant.

Case No. 18-cv-1445 DSD/ECW

**ORDER**

This case is before the Court on Plaintiff and Counterclaim-Defendant West Publishing Corporation's ("West") Motion to Modify Pretrial Scheduling Order (Dkt. No. 112). Defendant LegalEase Solutions, LLC, withdrew its objection to the Motion. (Dkt. 116.) Having considered the Motion and for good cause shown, **IT IS ORDERED** that the Motion is **GRANTED,** and the Pretrial Scheduling Order is modified as follows:

| Event | Current Deadline | Amended Deadline |
| --- | --- | --- |
| Parties to submit rebuttal expert reports | March 31, 2020 | April 30, 2020 |
| Expert discovery, including expert depositions | May 1, 2020 | June 1, 2020 |
| Parties to file all non-dispositive motions and supporting documents that relate to expert discovery | May 15, 2020 | June 15, 2020 |
| Deadline to file dispositive motions (served and filed) | July 1, 2020 | July 31, 2020 |
| Trial ready date | October 30, 2020 | November 30, 2020 |

Dated: _April 9, 2020

    s/*Elizabeth Cowan Wright*
    ELIZABETH COWAN WRIGHT
    United States Magistrate Judge